AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>MD RAFIKUL ISLAM<br>*Defendant* | )<br>)<br>)  Case No.  25-CR-00057-HB-3<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MD Rafikul Islam A.K.A. Mohammed Rafikul Islam A.K.A. Jibon

Date:   02/20/2025

*Attorney's signature*

Robert C. Keller
*Printed name and bar number*
Keller, Lisgar & Williams, LLP
101 E. Darby Road
Havertown, PA 19083

*Address*

rkeller@klwllp.com
*E-mail address*

(610) 449-1400
*Telephone number*

(610) 449-4460
*FAX number*