OPS 40
(Rev. 7/2013)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | **FROM:** U.S. Pretrial Services, PAE<br>Wm. Green Federal Office Bldg.<br>600 Arch St., Suite 4408<br>Philadelphia, PA 19106 |
| ☒ **Original Notice** | ☐ **Notice of Disposition** |
| **Date:** February 25, 2025 | **Date:** |
| **By:** Anijah A. Carr, Pretrial Services Technician | **By:** |

| | | | |
|---|---|---|---|
| **Defendant:** | Mohammed Islam | **Case Number:** | 2:25CR00057-3 |
| **Date of Birth:** | ▮ | **Place of Birth:** | Bangladesh |
| **SSN:** | ▮ | | |

**Notice of Court Order**   (Order Date: February 25, 2025)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number ▮ to the custody of the U.S. District Court on February 25, 2025.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted. B Document returned to defendant.

☐ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court