OPS 40
(Rev. 7/2013)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | **FROM:** | U.S. Pretrial Services, PAE<br>Wm. Green Federal Office Bldg.<br>600 Arch St., Suite 4408<br>Philadelphia, PA 19106 |
| | ☒ **Original Notice** | | ■ **Notice of Disposition** |
| **Date:** | February 28, 2025 | **Date:** | |
| **By:** | Anijah A. Carr, Pretrial Services Technician | **By:** | |
| Defendant: | MD Nurul Hasan | Case Number: | 2:25CR00057-1 |
| Date of Birth: | | Place of Birth: | |
| SSN: | | | |

**Notice of Court Order**   (Order Date: February 27, 2025)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☒ The above-named defendant surrendered Passport Number _____
to the custody of the U.S. District Court on February 27, 2025

## NOTICE OF DISPOSITION

The above case has been disposed of.

■ The above order of the court is no longer in effect.

■ Defendant not convicted. B Document returned to defendant.

■ Defendant not convicted. B Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

■ Defendant convicted. B Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court