AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25CR00057-001 |
| MD NURUL HASAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MD NURAL HASAN

Date:   03/04/2025

*Attorney's signature*

Michael S. Dugan, 94661
*Printed name and bar number*

11 East Second Street
Media, PA 19063

*Address*

dugan@duganlawoffice.com
*E-mail address*

(484) 468-1154
*Telephone number*

(610) 672-9095
*FAX number*