AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| MD NURUL HASAN | ) |
| *Defendant* | ) |

Case No.   2:25CR00057-001

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MD NURAL HASAN                                                                                              .

Date:      03/04/2025

_____
*Attorney's signature*

Michael S. Dugan, 94661
*Printed name and bar number*
11 East Second Street
Media, PA 19063

_____
*Address*

dugan@duganlawoffice.com
*E-mail address*

(484) 468-1154
*Telephone number*

(610) 672-9095
*FAX number*