IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. |
| v. : | |
| : | 25-CR-00057-HB-2 |
| MD MUNSUR ALI : | |
| *A.K.A. MITHU* : | |
| *Out of Custody* : | |

## NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for a **Change of Plea Hearing** on **April 1, 2025 at 11:00 a.m.** before the **Honorable Harvey Bartle III in Courtroom 16A of the United States District Court, 601 Market Street, Philadelphia, PA 19106**.

***GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT IMMEDIATELY.***

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ This proceeding has been rescheduled from

**For additional information, please contact the undersigned.**

**By: Nicole Spicer, Courtroom Deputy to the Hon. Harvey Bartle III**
    **Phone: 267-299-7389**

**Date: March 26, 2025**

| | |
|---|---|
| **CC via U.S. Mail:** | **Defendant** |
| **CC via Email:** | **AUSA** |
| | **U.S. Marshal** |
| | **Court Security** |
| | **Probation Office** |
| | **Pretrial Services** |
| | **Interpreter Coordinator** |