IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. |
| v. | : |
| | : 25-CR-00057-HB-3 |
| MD RAFIKUL ISLAM | : |
| A.K.A. MOHAMMED RAFIKUL ISLAM | : |
| A.K.A. JIBON | : |
| Out of Custody | : |

## NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for a **Change of Plea Hearing** on **April 1, 2025 at 9:30 a.m.** before the **Honorable Harvey Bartle III in Courtroom 16A of the United States District Court, 601 Market Street, Philadelphia, PA 19106**.

***GOVERNMENT COUNSEL SHALL SUBMIT A PLEA MEMORANDUM TO THE COURT IMMEDIATELY.***

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☐ This proceeding has been rescheduled from

**For additional information, please contact the undersigned.**

**By: Nicole Spicer, Courtroom Deputy to the Hon. Harvey Bartle III**
      **Phone: 267-299-7389**

**Date: March 26, 2025**

| | |
|---|---|
| CC via U.S. Mail: | Defendant |
| CC via Email: | AUSA |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |