**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | **CRIMINAL NO.:** |
| | : | |
| **MD MUNSUR ALI (A.K.A. MITHU)** | : | **25-CR-00057-HB-2** |
| *Defendant* | : | |
| | : | |

**ENTRY OF APPEARANCE**

To: The Clerk of Courts and all parties of record:

I am authorized to practice law in the Eastern District of Pennsylvania, and I hereby enter my appearance as the attorney of record for the above-listed defendant.

Respectfully submitted,
/s/ Timothy Tarpey
Timothy Tarpey, #88162
The Philadelphia Building
1315 Walnut Street, Suite 1605
Philadelphia, PA 19107
215-851-8800
Tarpey@ptlfirm.com

Dated: March 31, 2025