IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | 25-CR-00057-3 |
| | : | |
| **MD RAFIKUL ISLAM** | : | |

### ORDER FOR A PRESENTENCE INVESTIGATION REPORT

**AND NOW**, this <u>1st</u> day of <u>April</u>, 2025, the defendant having plead guilty to Counts 1,9,10,13,25,26 and 29 if the Indictment, and sentencing having been scheduled for **June 18, 2025 at 9:30 a.m. in Courtroom 16A**, it is **ORDERED** that the United States Probation Office shall conduct an investigation and prepare a Presentence Investigation Report.

**IT IS FURTHER ORDERED**, pursuant to this District's Standing Order, as follows:

1. The defendant shall report to the United States Probation Office, 600 Arch Street, Suite 2400, Philadelphia, PA 19106, as directed by the Probation Office.

2. Not less than thirty-five (35) days before the sentencing hearing, the probation officer shall furnish the Presentence Investigation Report to the defendant, defense counsel, and the attorney for the Government. The probation officer's sentencing recommendation shall not be disclosed unless the sentencing judge directs otherwise.

3. Within fourteen (14) days of receipt of the Presentence Investigation Report, the parties shall submit written objections, if any, to the probation officer.

4. Any motion for a downward departure under United States Sentencing Guideline § 5K1.1, or from a statutory mandatory minimum, shall be provided to the probation officer before the date for filing objections.

- 2 -

5. No later than seven (7) days before the sentencing hearing, the probation officer shall submit the Presentence Investigation Report to the Court, together with an addendum setting forth any unresolved objections, the grounds for the objections and the probation officer's comments regarding each objection. The probation officer shall simultaneously furnish a copy of the revised Presentence Investigation Report to the defendant, defense counsel, and the attorney for the Government.

BY THE COURT:

*Harvey Bartle III*            J.

**Copy sent through CM/ECF on April 1, 2025 to:**

**U.S. Probation**
**U.S. Pretrial**