IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. |
| v. : | |
| : | 25-CR-00057-HB-1 |
| MD NURUL HASAN : | |
| *Out of Custody* : | |

# NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for a **SENTENCING** hearing on **June 18, 2025 at 2:00 p.m.** before the **Honorable Harvey Bartle III** in **Courtroom 16A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**\*\*\* COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT NO LATER THAN FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Interpreter:** A **BENGALI** interpreter will be required for the defendant.

☐ **This proceeding has been rescheduled from**

**For additional information, please contact the undersigned.**

**By: Nicole Spicer, Courtroom Deputy to the Hon. Harvey Bartle III**
      **Phone: 267-299-7389**

**Date:  April 2, 2025**

| | |
|---|---|
| **CC Via U.S. Mail:** | **Defendant** |
| **CC Via Email:** | **Defense Counsel** |
| | **AUSA** |
| | **U.S. Marshal** |
| | **Court Security** |
| | **Probation Office** |
| | **Pretrial Services** |
| | **Interpreter Coordinator** |