# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** *Plaintiff,* | : : : |
| **v.** | : : : |
| **MD MUNSUR ALI (A.K.A. MITHU)** *Defendant.* | : **CRIMINAL NO. 25-CR-00057-HB-2** : : |

## ORDER

**AND NOW**, this _____ day of _____ 2025, upon consideration of Defendant's Motion to Continue Sentencing, and for good cause shown, it is hereby **ORDERED** that:

1. The sentencing hearing currently scheduled for June 18, 2025 is continued to _____.

2. The Court finds that this continuance is warranted to allow defense counsel adequate time to prepare, given recent technical difficulties and conflicting trial obligations.

3. This continuance ensures fairness and effective representation for Defendant in accordance with due process considerations.

**IT IS SO ORDERED.**

BY THE COURT:

_____
HONORABLE HARVEY BARTLE, III
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : |  |
| *Plaintiff,* : |  |
| : |  |
| **v.** : |  |
| : |  |
| **MD MUNSUR ALI (A.K.A. MITHU)** : | **CRIMINAL NO. 25-CR-00057-HB-2** |
| *Defendant.* : |  |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

TO THE HONORABLE COURT, UNITED STATES EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA:

Defendant, MD Munsur Ali, by and through counsel respectfully moves this Court for a continuance of the sentencing hearing currently scheduled in this matter. In support thereof, counsel states as follows:

1. On April 1, 2025, Defendant entered a plea of guilty to Counts 1, 2, 4, 5, 6, 7, 8, 11, 12, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 27, 28, 30, 31, 32, and 33 of the indictment. These charges include:

    - **Conspiracy** (18 U.S.C. § 371)

    - **Providing false information in registering to vote** (52 U.S.C. § 10307(c), 18 U.S.C. § 2)

    - **Voter registration fraud and aiding and abetting voter registration fraud** (52 U.S.C. § 20511(2)(A), 18 U.S.C. § 2)

2. Sentencing is currently scheduled for June 18, 2025.

3. Due to recent technical difficulties, Defense Counsel's office has sustained substantial disruptions to its computer network, significantly impacting the ability to access and review necessary legal documents and prepare sentencing materials.

4. Additionally, Defense Counsel is scheduled to begin a trial in York County next week, and based on current case developments, it is anticipated that the trial will extend beyond its initially expected duration. This will further impact Counsel's availability to adequately prepare for Defendant's sentencing.

5. The Government, through AUSA Mark Dubnoff, has no objection to this request.

6. This request is made to ensure adequate preparation for sentencing, in alignment with due process protections, and to provide Defendant with effective legal representation.

WHEREFORE, Defendant respectfully requests that this Court grant a continuance of the sentencing hearing to a date that accommodates counsel's ability to properly prepare and ensures procedural fairness.

**Respectfully submitted,**
**/s/ Timothy Tarpey**
Timothy Tarpey, Esq. (#88162)
The Philadelphia Building
1315 Walnut Street, Suite 1605
Philadelphia, PA 19107
215-851-8800
Tarpey@ptlfirm.com

Date: June 5, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| *Plaintiff,* : | |
| : | |
| v. : | |
| : | |
| MD MUNSUR ALI (A.K.A. MITHU) : | CRIMINAL NO. 25-CR-00057-HB-2 |
| *Defendant.* : | |

CERTIFICATE OF SERVICE

I, Timothy Tarpey, Esq., hereby certify that on this 5th day of June 2025, a true and correct copy of Defendant's Motion to Continue Sentencing was served upon the following party via the Court's CM/ECF electronic filing system:

**Mark B. Dubnoff**
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Mark.Dubnoff@usdoj.gov

**Respectfully submitted,**
**/s/ Timothy Tarpey**
Timothy Tarpey, Esq. (#88162)
The Philadelphia Building
1315 Walnut Street, Suite 1605
Philadelphia, PA 19107
215-851-8800
Tarpey@ptlfirm.com

Dated: June 5, 2025