IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| v. | : | |
| | : | 25-CR-00057-HB-2 |
| MD MUNSUR ALI | : | |
| *Out of Custody* | : | |

## SECOND NOTICE OF HEARING

Take notice that the defendant in the above-entitled case is scheduled for a **SENTENCING** hearing on **June 26, 2025 at 10:00 a.m.** before the **Honorable Harvey Bartle III** in **Courtroom 16A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**\*\*\* COUNSEL SHALL SUBMIT A SENTENCING MEMORANDUM TO THE COURT NO LATER THAN FIVE (5) BUSINESS DAYS PRIOR TO THE HEARING.**

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **This proceeding has been rescheduled from: June 18, 2025**

For additional information, please contact the undersigned.

**By: Nicole Spicer, Courtroom Deputy to the Hon. Harvey Bartle III**
    **Phone: 267-299-7389**

**Date:  June 9, 2025**

| | |
|---|---|
| **CC Via U.S. Mail:** | **Defendant** |
| **CC Via Email:** | **Defense Counsel** |
| | **AUSA** |
| | **U.S. Marshal** |
| | **Court Security** |
| | **Probation Office** |
| | **Pretrial Services** |
| | **Interpreter Coordinator** |