```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA         :          CRIMINAL ACTION
                                 :
          v.                     :
                                 :
MD MUNSUR ALI (A.K.A. MITHU)     :          NO. 25-57-2
```

ORDER

AND NOW, this 9th day of June, 2025, after a telephone conference with counsel, it is hereby ORDERED that the motion of defendant MD Munsur Ali (A.K.A. Mithu) to continue his sentencing (Doc. #45) is GRANTED.  Sentencing will take place on June 26, 2025, at 10:00 a.m.

                                    BY THE COURT:


                                    /s/   Harvey Bartle III
                                                        J.