# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 25-57-3** |
| v. | : | |
| **MD RAFIKUL ISLAM**<br>a/k/a "Mohammed Rafikul Islam,"<br>a/k/a "Jibon" | :<br><br>: | |

## DEFENDANT, MD RAFIKUL ISLAM'S
## NOTICE OF APPEAL

Notice is hereby given that MD RAFIKUL ISLAM, the Defendant above named, hereby appeals from the sentence imposed by the Honorable Harvey Bartle, III on June 18, 2025, and entered of record on June 18, 2025.

Respectfully submitted,

**ROBERT C. KELLER, ESQUIRE**
**COUNSEL FOR DEFENDANT,**
**MD RAFIKUL ISLAM**