## CERTIFICATE OF SERVICE

I, **ROBERT C. KELLER, ESQUIRE**, counsel for the Defendant, **MD RAFIKUL ISLAM**, hereby certify that I served a true and correct copy of Defendant's Notice of Appeal upon the following in the following manner:

Via ECF Filing and Email:

> Honorable Harvey Bartle, III
> James A. Byrne U.S. Courthouse
> 601 Market Street, Room 16614
> Philadelphia, PA 19106
> nicole_spicer@paed.uscourts.gov
>
> Mark B. Dubnoff, AUSA
> U.S. Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106
> mark.dubnoff@usdoj.gov
>
> Jerronaka D. Washington
> U.S. Probation Officer
> 600 Arch Street, Suite 2400
> Philadelphia, PA 19106
> Jerronaka_Washington@paep.uscourts.gov

Via Mail:

> Md Rafikul Islam
> 38 Hurley Court
> Upper Darby, PA 19082

Date: <u>June 30, 2025</u>

*/s/ Robert C. Kelly*
**ROBERT C. KELLER, ESQUIRE**
**COUNSEL FOR DEFENDANT,**
**MD RAFIKUL ISLAM**