AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25CR000057-001 |
| MD NURUL HASAN | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MD NURUL HASAN

Date:  07/02/2025

*[signature]*
*Attorney's signature*

MARK P MUCH  ID:60043
*Printed name and bar number*

341 WEST BALTIMORE AVENUE
PO BOX 1238
MEDIA, PA 19063

*Address*

MARKPMUCH@VERIZON.NET
*E-mail address*

(610) 565-9750
*Telephone number*

(610) 565-9450
*FAX number*