# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     : CRIMINAL NO.: 2:25CR000057-001

vs.     :

MD NURUL HASAN     :

## NOTICE OF APPEAL

Notice is hereby given that MD NURUL HASAN, defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment imposed on June 18, 2025, and entered in the record on June 23, 2025.

Respectfully submitted,

_____/s/_____
Mark P. Much, Esquire
Attorney for the Defendant
341 West Baltimore Avenue
Media, PA 19063

## CERTIFICATE OF SERVICE

I, MARK P. MUCH, ESQUIRE, counsel for the Defendant, MD NURUL HASAN, hereby certify that I served a true and correct copy of the Defendant's Notice of Appeal upon the Following:

Via ECF Filing and Email:

    Honorable Harvey Bartle III
    James A. Byrne United States Courthouse
    601 Market Street, Room 16614
    Philadelphia, Pennsylvania 19106
    nicole_spicer@paed.uscourts.gov

    Mark B. Dubnoff, Assistant United States Attorney
    U.S. Attorney's Office
    615 Chestnut Street, Suite 1250
    Philadelphia, Pennsylvania 19106
    mark.dubnoff@usdoj.gov

    Sara E. Donson
    U.S. Probation Officer
    600 Arch Street, Suite 2400
    Philadelphia, Pennsylvania 19106
    Sara_Donson@paep.uscourts.gov

DATE: July 2, 2025

                                                          /s/
                                                  Mark P. Much, Esquire
                                                  Attorney for the Defendant