## CERTIFICATE OF SERVICE

I, MARK P. MUCH, ESQUIRE, counsel for the Defendant, MD NURUL HASAN, hereby certify that I served a true and correct copy of the Defendant's Notice of Appeal upon the Following:

Via ECF Filing and Email:

    Honorable Harvey Bartle III
    James A. Byrne United States Courthouse
    601 Market Street, Room 16614
    Philadelphia, Pennsylvania 19106
    nicole_spicer@paed.uscourts.gov

    Mark B. Dubnoff, Assistant United States Attorney
    U.S. Attorney's Office
    615 Chestnut Street, Suite 1250
    Philadelphia, Pennsylvania 19106
    mark.dubnoff@usdoj.gov

    Sara E. Donson
    U.S. Probation Officer
    600 Arch Street, Suite 2400
    Philadelphia, Pennsylvania 19106
    Sara_Donson@paep.uscourts.gov

DATE: July 2, 2025                                _____/s/_____
                                                                                 Mark P. Much, Esquire
                                                                                 Attorney for the Defendant