OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

July 3, 2025

Robert C. Keller, Esq.
Keller Lisgar & Williams
101 E Darby Road
Havertown, PA 19083

RE: USA v. MD Islam
Case Number: 25-2232
District Court Case Number: 2:25-cr-00057-003

**PACER account holders are required to promptly inform the PACER Service
Center of any contact information changes. In order to not delay providing notice to
attorneys or pro se public filers, your information, including address, phone
number and/or email address, may have been updated in the Third Circuit
database. Changes at the local level will not be reflected at PACER. Public filers are
encouraged to review their information on file with PACER and update if
necessary.**

To All Parties:

**Attorneys are required to file all documents electronically through the Court's
Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at
www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

Enclosed please find case opening information regarding the above-captioned appeal by
**MD Rafikul Islam** docketed at No. **25-2232**. All inquiries should be directed to your
Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's
rules, forms, and case information are available on our website at
http://www.ca3.uscourts.gov.

**Counsel for Appellant**

Counsel is required to continue on appeal unless relieved by order of this Court. 3rd Cir. LAR Misc. 109.1.

As Counsel for Appellant(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Criminal Appeal Information Statement; and
4. Transcript Purchase Order Form.
These forms must be filed within **fourteen (14) days** from the date of this letter.

**Counsel for Appellee**
As Counsel for Appellee(s), you must file:
1. Appearance Form
This form must be filed within **fourteen (14) days** from the date of this letter.

Failure of counsel to comply with any of these requirements by the deadline may result in the imposition of sanctions by the Court. 3rd Cir. LAR Misc. 107.2.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review this caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Alicia
Case Manager
267-299-4948