# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 25-57-3 |
| | : | |
| v. | : | |
| | : | |
| MD RAFIKUL ISLAM | : | |
| a/k/a "Mohammed Rafikul Islam," | | |
| a/k/a "Jibon" | : | |

## ORDER GRANTING RELEASE PENDING APPEAL

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant MD Rafikul Islam's Motion for Release Pending Appeal, it is hereby ORDERED that the motion is GRANTED. The Court finds by clear and convincing evidence the Defendant, MD Rafikul Islam is not a flight risk or a danger to the community. The Court finds that the appeal is not made for the purposes of delay and that the appeal raises a substantial question of law or fact. Therefore, Defendant, MD Rafikul Islam shall remain released pending the resolution of his appeal.

BY THE COURT:

_____
Honorable Harvey Bartle, III
United States District Judge