## CERTIFICATE OF SERVICE

I, **ROBERT C. KELLER, ESQUIRE**, counsel for the Defendant, **MD RAFIKUL ISLAM**, hereby certify that I served a true and correct copy of Defendant's Motion for Release Pending Appeal upon the following in the following manner:

Via ECF Filing and Email:

>Honorable Harvey Bartle, III
>James A. Byrne U.S. Courthouse
>601 Market Street, Room 16614
>Philadelphia, PA 19106
>nicole_spicer@paed.uscourts.gov

>Mark B. Dubnoff, AUSA
>U.S. Attorney's Office
>615 Chestnut Street, Suite 1250
>Philadelphia, PA 19106
>mark.dubnoff@usdoj.gov

>Jerronaka D. Washington
>U.S. Probation Officer
>600 Arch Street, Suite 2400
>Philadelphia, PA 19106
>Jerronaka_Washington@paep.uscourts.gov

Via Mail:

>Md Rafikul Islam
>38 Hurley Court
>Upper Darby, PA 19082

Date: 07/30/2025

*[signature]*
**ROBERT C. KELLER, ESQUIRE**
**COUNSEL FOR DEFENDANT,**
**MD RAFIKUL ISLAM**