IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 25-57-1 |
| | : | |
| MD NURUL HASAN | : | |

### DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL OR IN THE ALTERNATIVE TO EXTEND THE SURRENDER DATE

Defendant, MD Nurul Hasan, by and through his attorney, Mark P. Much, Esquire, respectfully moves that the Court grant release pending appeal pursuant to 18 U.S.C. 3143(b) because he is not a flight risk, he is not a danger to the community and his appeal has significant merit and is not taken for the purpose of delay. Defendant requests that this Honorable Court grant the motion for the reasons set forth in the brief in support of this motion.

**WHEREFORE**, Defendant, MD Nurul Hasan, respectfully requests that the Court grant release pending appeal or in the alternative extends the surrender date.

Respectfully Submitted,

MARK P. MUCH, ESQUIRE
COUNSEL FOR DEFENDANT
MD NURUL HASAN