## CERTIFICATE OF SERVICE

      I, Mark P. Much, Esquire, Attorney for the Defendant, hereby certify that I have served true and correct copy of Defendant's Motion for Release Pending Appeal upon the following individuals in the following manner:

Via ECF Filing and Email Mail:

    Honorable Harvey Bartle, III
    James A. Byrne U.S. Courthouse
    601 Market Street, Room 16614
    Philadelphia, PA 19106
    nicole_spicer@paed.uscourts.gov

    Mark B. Dubnoff, AUSA
    U.S. Attorney's Office
    615 Chestnut Street, Suite 1250
    Philadelphia, PA 19106
    mark.dubnoff@usdoj.gov

Via Mail:

    Sara Donson
    U.S. Probation Officer
    600 Arch Street, Suite 2400
    Philadelphia, PA 19106

Date: 8/1/25

Mark P. Much, Esquire
Attorney for Defendant,
MD Nurul Hasan