IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MD RAFIKUL ISLAM | : | NO. 25-57-3 |

<u>ORDER</u>

AND NOW, this 4th day of August, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant MD Rafikul Islam for release pending appeal or in the alternative to extend surrender date (Doc. #69) is DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                                    J.