# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)


THE UNITED STATES OF AMERICA )
                             )
                Plaintiff,   )   Case No. 25-CR-00057-1
                             )   United States Courthouse
        vs.                  )   Philadelphia, PA
                             )   June 18, 2025
MD NURAL HASAN,              )   2:02 p.m.
                Defendant.   )
_____)


### TRANSCRIPT OF SENTENCING HEARING
### BEFORE THE HONORABLE HARVEY BARTLE, III,
### UNITED STATES DISTRICT COURT JUDGE

**APPEARANCES:**

FOR THE PLAINTIFF:                MARK B. DUBNOFF
UNITED STATES OF AMERICA          U.S. Attorney's Office
                                  615 Chestnut Street
                                  Suite 1250
                                  PHILADELPHIA, PA 19106


FOR THE DEFENDANT:                MICHAEL S. DUGAN
MD NURUL HASAN                    Law Offices of
                                   Michael S. Dugan
                                  11 East 2nd Street
                                  MEDIA, PA 19063


INTERPRETER:                      DOLLY CHATTERJEE


Electronic Sound Recorder:        NICOLE D. SPICER


Transcript produced by:
    DATAGAIN Inc.,
    10750 Moore Drive, Parkland, Florida 33076
    and 1 Creekside Court, Secaucus, New Jersey 07094


Proceedings recorded by electronic sound recording.

```
                              INDEX


SWORN TESTIMONY            Direct   Cross  Redirect   Recross

Government Fact Witnesses

Robert Lythgoe               5        -       -          -

Tom Kramer                  10       16      18          -


Government Character Witness

James P. Allen              21        -       -          -


EXHIBITS                          Introduced         Admitted

None.                                 -                 -


ORAL ARGUMENTS                                       Commenced

 Mr. Dubnoff                                            27

 Mr. Dugan                                              34

 Mr. Dubnoff                                            37


STATEMENT FROM DEFENDANT

 Mr. Hasan                                             38



FINDINGS AND SENTENCE

 The Court                                             41
```

```
 1                    (Proceedings Started at 2:02 p.m.)

 2           (Call to Order of the Court)

 3                THE COURT: Good afternoon.

 4                MR. DUBNOFF: Good afternoon, Your Honor.

 5                MR. DUGAN: Good afternoon, Your Honor.

 6                THE COURT: The Court has before it this afternoon

 7    the Sentencing Hearing in the case of the United States

 8    America versus Mohammad Nurul Hasan in Criminal Action 25-57.

 9                Mr. Dubnoff, I'll hear from you first.    Then

10    I'll from Mr. Dugan, and then from the Defendant.

11                THE CLERK: He has an interpreter.

12                THE COURT: Oh, you're right.

13                Ms. Spicer, will you please swear in our - our

14    interpreter.

15                (The Interpreter is Sworn)

16                THE CLERK: Would you please state your name for the

17    record?

18                THE INTERPRETER: My name is Dolly Chatterjee. D-O-

19    L-L-Y C-H-A-T-T-E-R-J-E-E.

20                THE CLERK: Thank you.

21                THE COURT: Thank you. You may be seated.

22                Mr. Dubnoff?

23                MR. DUBNOFF: Thank you, Your Honor.

24                THE COURT: And speak - please speak somewhat slowly

25    because we do have an interpreter.
```

1          MR. DUBNOFF: Yes, Your Honor.

2          Your Honor, before I begin making any arguments

3    with regard to the sentencing, we have three witnesses that

4    we would like to present to Your Honor.

5          THE COURT: You may.

6          MR. DUBNOFF: And before I call any of the

7    witnesses, I would like to have Mayor Tayub -.

8          Please stand, Mayor Tayub.

9          MR. TAYUB: Sure.

10          MR. DUBNOFF: Mayor Tayub, Your Honor, is the

11    individual who defeated Mr. Hasan in the primary in 2021 for

12    Mayor of Milbourne, and he is the primary victim of Mr.

13    Hasan, and his co-conspirators, attempt to rig and steal the

14    2021 general election.

15          Mr. Tayub, thank you very much for coming today.

16          The three witnesses, just to preview, Your Honor, I

17    have two fact witnesses and a victim witness.

18          THE COURT: Thank you.

19          MR. DUBNOFF: The two fact witnesses are Detective

20    Robert Lythgoe, and Tom Kramer.

21          Detective Lythgoe is a former detective with

22    Delaware County. I'm going to be calling him to give

23    testimony about events that are not described in the

24    Inditement or in the Change of Plea Memo, but they are

25    relevant to today's sentencing.

```
1              Detective Lythgoe, please.

2              THE COURT: You may.

3              (BACKGROUND NOISE)

4              (The Witness is Sworn)

5                  ROBERT LYTHGOE, GOVERNMENT WITNESS

6                      DIRECT EXAMINATION

7    BY MR. DUBNOFF:

8    Q    Good afternoon, sir.

9    A    Good afternoon, sir.

10   Q    Detective, could you please introduce yourself to Judge

11   Bartle? Tell - tell him who you are, where you used to work

12   until your recent retirement.

13   A    Good afternoon, Your Honor.

14              THE COURT: Good afternoon.

15   A    I was formerly a detective in the Delaware County

16   Criminal Investigation Division, which is a branch of the

17   Delaware County Office of District Attorney. I was employed

18   there from July of 2004 until my recent retirement, which was

19   March 7th of this year.

20              THE COURT: Why don't you give us your name to start

21   with.

22   A    My name is Robert Lythgoe. L-Y-T-H-G-O-E.

23              THE COURT: Thank you.

24              MR. DUBNOFF: And before I ask any questions, I just

25   would like if I could get clarity from the interpreter if I'm
```

1    speaking slowly enough?

2              THE INTERPRETER: Your Honor, can I - can I -

3              THE COURT: Yes.

4              THE INTERPRETER: - say something?

5              So, he says like he will - he will take my advice

6    as and when it is needed. Is not simultaneous.

7              THE COURT: All right.

8              So, you're - you're client, Mr. Dugan, does - does

9    speak English, obviously?

10             MR. DUGAN: Yeah. Judge, when we did the Plea, he

11   just - if he had any questions he would just go to the

12   interpreter.

13             THE COURT: All right. That's fine.

14             MR. DUGAN: Thank you.

15             THE COURT: Thank you very much.

16             MR. DUBNOFF: Okay.

17             And if at any time we're speaking too quickly, I'm

18   happy to slow down.

19             THE COURT: Very good. I'm sure the interpreter will

20   let us know.

21             MR. DUBNOFF: Thank you.

22   Q    Detective Lythgoe, as part of your duties with Delaware

23   County, were you assigned to investigate allegations relating

24   to potential voter fraud in Millbourne Borough in 2021?

25   A    Yes, sir.

1  Q   Could you please tell Judge Bartle how you became

2  involved in that investigation, generally speaking?

3  A   Our office received two complaints from two different

4  attorneys that represented a Mr. Tayub, alleging that Mr.

5  Mohammad Hasan was attempting to bring in residents from

6  outside of the Borough of Millbourne to vote in the upcoming

7  election in November of 2021.

8  Q   And when you said we, was there somebody who worked on

9  this investigation with you?

10  A   Yes, sir. Another detective, Detective Steven Bannar.

11  Q   Could you please spell Detective Banner's last name?

12  A   B-A-N-N-A-R.

13  Q   And is Steven with a V or a PH?

14  A   With a V.

15  Q   All right.

16      So, after you received these complaints from two

17  different attorneys in 2021 - first of all, was that after

18  the primary in May of 2021, but before the general election

19  in November of 2021?

20  A   That is correct.

21  Q   What did you and Detective Bannar do after you received

22  the complaints about Mr. Hasan?

23  A   Myself and Detective Bannar went to the residence of Mr.

24  Hasan, where we spoke to Mr. Hasan in front of his house in

25  his yard.

1    Q    What was the - do you recall the address where you met

2    Mr. Hasan?

3    A    I have my notes in front of me. It was 35 Hurley, H-U-R-

4    L-E-Y, Court, Millbourne Borough, Pennsylvania.

5    Q    And do you recall what happened during your conversation

6    with Mr. Hasan in his yard and was this -. I'm sorry. Before

7    you asking you the substance, did this conversation occur or

8    about October 22nd, 2021?

9    A    That is correct.

10    Q    Do you recall what was said during your conversation

11    with Mr. Hasan on or about October 22nd, 2021?

12    A    Mr. Hasan was advised of the allegations being made and

13    the information that was received by our office. As a result

14    of that, myself, and Detective Bannar told him he can't be

15    doing that in this country. That's not the way we operate.

16    And I was very stern about how I spoke to him.

17    Q    Can you - I - I appreciate your care, but you can tell

18    the Judge precisely what you said to Mr. Hasan?

19    A    Before I state that, I would like to apologize to the

20    Court, and to the people in the audience, but I stated to Mr.

21    Hasan, knock it the fuck off. This is America, and that's not

22    the way we operate.

23    Q    Okay.

24    And after you told Mr. Hasan to knock it off, how did

25    Mr. Hasan respond?

```
 1   A    He said he would never do anything like that, and he

 2   wasn't going to do that.

 3   Q    And when you say, he was never going to do that, what do

 4   you mean by that?

 5   A    Try to get votes from people living outside the Borough

 6   of Millbourne - or register people from outside the Borough.

 7   Q    Did the election, the general election in Millbourne,

 8   occur after October 22, 2021, when you read - or when you

 9   told him to knock it off?

10   A    Yes. It would have been the first week or so in November

11   -

12   Q    Okay.

13   A    - of 2021.

14   Q    Okay.

15            MR. DUBNOFF: I have nothing further at this time

16   with this witness.

17            THE COURT: Mr. Dugan?

18            MR. DUGAN: I have no questions for Detective

19   Lythgoe.

20            THE COURT: Thank you very much. You may step down.

21            MR. LYTHGOE: Thank you, Your Honor.

22            THE COURT: Thank you.

23            MR. DUBNOFF: Your Honor, the Government would now

24   call Tom Kramer.

25            (BACKGROUND NOISE)
```

```
1              (The Witness is Sworn)

2              MR. DUBNOFF: Mr. -.

3              THE COURT: You may proceed.

4              MR. DUBNOFF: Sorry, go ahead.

5                  TOM KRAMER, GOVERNMENT WITNESS

6                      DIRECT EXAMINATION

7   BY MR. DUBNOFF:

8   Q    Mr. Kramer, could you please state your full name and

9   spell your last name?

10  A    Yes. My full name is Thomas Steven Kramer, K-R-A-M-E-R.

11  Q    Where do you live? Not the street address, but township,

12  borough. Where do you live?

13  A    Delaware County, Millbourne Borough.

14  Q    How long have you lived in Millbourne Borough?

15  A    Since 1989, October of 1989.

16  Q    Are you a former Mayor of Millbourne Borough.

17  A    Yes, a three term Mayor.

18  Q    Were you in fact Mayor of Millbourne until the 2021

19  election of Mr. Tayub?

20  A    That's correct.

21  Q    In - since - since you stepped down as Mayor -.

22       First of all, were you voted out, or did you step down?

23  A    I chose not to run after three terms, and six years on

24  the Council. I felt it was time for other people to take

25  responsibility.
```

```
 1    Q    After you stepped down, have you still been active in

 2    community politics?

 3    A    Trying not to.

 4    Q    All right.

 5         Do you still live in the community?

 6    A    I do.

 7    Q    Have you been following events relating to this case?

 8    A    Yes.

 9    Q    Were you actually involved in this case before it was

10    indicted?

11    A    Yes.

12    Q    Could you tell the Judge how you initially became

13    involved in this case?

14    A    Yes. Good afternoon, Your Honor.

15         THE COURT: Good afternoon.

16    A    This case, I first heard about the allegations sometime

17    around the election. I'm not sure if it was days before, but

18    it was right around the election. I was no longer really

19    interested in anything going on, and any kind of allegations

20    or anything like that.

21         However, the day after the election, I had a neighbor

22    from a few doors away come to me and say, Tom, you are the

23    former Mayor, I received these ballots in my rental property

24    next door, and I don't know who these people are. And I

25    remember that Mayor Tayub had mentioned that this - this one
```

1    of the things that was happening. So, I took these ballots,

2    and - and - from him, and I said, this is exactly what's been

3    alleged happening. He's a Filipino American, and he said,

4    this is exactly what happens in my country. And I said, well,

5    that's not right. And he said, no, it's not right, I thought

6    that things were different here in the United States.

7        So, that sort of got me dragged into it, and I've, sort

8    of like a pit bull, hung onto it, and - and here I am at this

9    point, so.

10   Q    And Mr. Kramer, at some point, did you reach out to FBI

11   Agent Huff (PHONETIC) -.

12   A    Yes, I did.

13   Q    All right.

14   A    About - about a year and a half after, I turned the

15   fraudulent ballots into our Police Chief, who sent them on to

16   the County.

17   Q    Have you been providing information to law enforcement

18   officers ever since you heard about this case?

19   A    Yes, I have.

20   Q    I want to turn your attention to this year, calendar

21   year 2025, and specifically, the time period after Mr. Hasan

22   pleaded guilty in this case.

23       Have you attended any meetings of the Borough Council

24   after Mr. Hasan pleaded guilty?

25   A    Yes.

1    Q    Approximately how many?

2    A    Four.

3    Q    And during these meetings -.

4         First of all, how many members are on the Borough

5    Counsil?

6    A    There are five members on our Council.

7    Q    When you went to that first meeting after Mr. Hasan had

8    pleaded guilty, was Mr. Hasan still on the Borough Council?

9    A    Yes, he was still sitting as Vice-President of the

10   Borough - Borough Council.

11   Q    There's an individual named MD Munsur Ali, who is also

12   known as Mithu. Are you aware that he's one of the Co-

13   Defendants in this case?

14   A    That's - yes, I am aware.

15   Q    Is Mr. Ali actually at that time for the first Council

16   meeting after Mr. Hasan and Mr. Ali pleaded guilty, was Mr.

17   Ali also still sitting on the Council?

18   A    Yes.

19   Q    Did you address their continued sitting on the Council

20   at this meeting

21   A    Yes, I did.

22   Q    Please tell the Judge what happened.

23   A    I - I read from the Department of Justice's website the

24   charges, and that they had noted that they had pleaded guilty

25   to 33 counts and 25 counts - felony counts, respectively, and

1   that the State law said that people con- - convicted of - of

2   infamous crimes are not eligible to sit on a Council, would

3   they resign? They both said, no. They shook their heads, no.

4   Q    I want to -

5   A    I -.

6   Q    - stop you for a second.

7   A    Yeah.

8   Q    Focusing on Mr. Hasan, -

9   A    Yeah.

10  Q    - because he's the one in Court today, did you

11  specifically ask Mr. Hasan whether he would resign from the

12  Council?

13  A    Yes, I did, and two other - two other residents did as

14  well.

15  Q    So, you and two other residents asked Mr. Hasan to

16  resign?

17  A    Yes.

18  Q    What did Mr. Hasan say or do in reaction, at this first

19  meeting, in response to your question whether he would

20  resign?

21  A    He smiled and said, no.

22  Q    He smiled and said, no?

23  A    Mm-hmm.

24  Q    Did he have any other reaction at that first meeting?

25  A    No. But I asked se- - several other questions too, but.

```
 1   Q    Well, specifically with regard to whether he would

 2   resign?

 3   A    He said, no.

 4   Q    Did you go to a second Council meeting?

 5   A    Yes, I did.

 6   Q    Was Mr. I- - Mr. Hasan still sitting as Vice-President

 7   of the Borough Council at the second meeting?

 8   A    Yes, he was.

 9   Q    Did you raise the issue of his resignation again?

10   A    Yes, I did, and as well as several other residents.

11   Q    And what, if anything, did Mr. Hasan say or do in

12   response to your questions?

13   A    The same response. He smiled and said, no.

14   Q    Has Mr. Hasan since resigned from the Borough Council?

15   A    I believe about four weeks ago he finally resigned.

16   Q    Okay.

17        MR. DUBNOFF: I have no further questions for this

18   witness, Your Honor.

19        THE COURT: Thank you. You may step down.

20        Oh, no. I'm sorry.

21         Mr. Dugan, did you -

22        MR. DUGAN: Ju- - just a couple of questions -

23        THE COURT: Sure, you may.

24        MR. DUGAN: - if I may. Thank you.

25            THOMAS KRAMER, GOVERNMENT WITNESS
```

```
 1                        CROSS-EXAMINATION

 2   BY MR. DUBNOFF:

 3   Q    Mr. Kramer, you - you testified that you went to four

 4   meetings. Is that correct, after -

 5   A    Yes.

 6   Q    - after this plea took place?

 7   A    Yes.

 8   Q    Do you recall the states for those meetings?

 9   A    No.

10   Q    Okay.

11        You also testified that Mr. Hasan did eventually resign.

12   Right?

13   A    I - I believe I've heard that he has resigned. My - my

14   statements should be in the meeting minutes, which should be

15   in the Borough Coun- - the Borough's website.

16   Q    But as you sit here, you're not sure. Is that your

17   testimony?

18   A    Not sure of?

19   Q    His resignation status.

20   A    I - I've heard that he has resigned. I was not at the

21   Council meeting where it was - where it was announced that he

22   had resigned, which I believe was the last Council meeting.

23   Q    Okay.

24        If I told you that he resigned on - on May the 13th of

25   this year, would that refresh your recollection at all, or
```

```
1    no?

2    A    I have no idea. I only know from trying to contact

3    people in the Borough.

4    Q    And you -.

5         How long have you known MD Hasan?

6    A    Probably, I don't know, maybe six years.

7    Q    Six years.

8         So, you - you knew him, obviously, before 2021. Right?

9    A    Yes.

10   Q    Okay.

11        Was he on the Council at that point in time?

12   A    Yes, I believe he was. Yes.

13   Q    And he was - he was liked by me- - members of the

14   Council. Correct?

15   A    Liked by members of the Council?

16   Q    Yes. He was well respected. Right?

17   A    No, I would not say so.

18   Q    Okay.

19        He was well respected by people in the community. Right?

20   A    I would not say so.

21   Q    Okay.

22        Well, he kept - kept getting voted back in, at least for

23   Council person. Right?

24   A    Allegedly, yeah.

25   Q    Did you have opposite views of politics with - with -
```

```
 1    with Mr. Hasan?

 2    A    No. We're both Dem- - we're both Democrats.

 3    Q    Well, everybody's Democrat down there. Right?

 4    A    I - that - that I -

 5    Q    On the Council.

 6    A    - couldn't tell you. The -.

 7    Q    On the Council?

 8    A    The - the majority are, yeah, -

 9    Q    Okay.

10    A    - as far as I know.

11    Q    But there were things that you didn't see eye-to-eye

12    with Mr. Hasa- - Hasan on. Correct? In -

13    A    No. I don't -.

14    Q    - regards to Millbourne?

15    A    Not - not that I'm aware of, no.

16    Q    Okay.

17            MR. DUGAN: I have nothing further, Judge. Thank

18    you.

19            THE COURT: Anything further, Mr. Dubnoff?

20            MR. DUBNOFF: Briefly.

21                 TOM KRAMER, GOVERNMENT WITNESS

22                      REDIRECT EXAMINATION

23    BY MR. DUBNOFF:

24    Q    Did Mr. Hasan give any explanation of why he wasn't

25    going to resign?
```

```
1    A    No.

2    Q    Did - are -.

3         After he resigned, are there new people who've been

4    appointed to the Council?

5    A    Yes.

6    Q    How does that work, exactly?

7    A    The - the new - if you're still on Council, you appoint

8    the - the people who are going to fill the vacancies. So,

9    that was one of the advantages of staying on Council. You can

10   basically put your proxies on Council.

11        We had two Council people who no longer lived in the

12   Borough. The Council President and - and another individual

13   who it was found they hadn't lived in the Borough for several

14   years. They were under pressure, I believe, to resign. When

15   they resigned, shortly around the time that the whole case

16   was coming down, I think they felt the pressure of, you know,

17   the law was focusing on them. One of the might - might have

18   been a - involved in this case, I'm not sure.

19        But, yeah, basic- - basically, the - the advantage is

20   you're still controlling the money and you're still

21   appointing people to replace vacancies.

22   Q    So, -.

23   A    So, - so, by - by doing that, you're - you're still

24   staying in power.

25   Q    And by - wh- - when you're saying you're still staying
```

1    in power, are you saying, Mr. Kramer, that by staying on the

2    Council after they had pleaded guilty, Mr. Islam and Mr. Ali,

3    were still staying in power enough to control how money was

4    spent in Millbourne, and to have input as to who would

5    replace vacancies - fill vacancies on the Council?

6    A    Well, I can only speculate, but I can't - I can't figure

7    out any other reason why they would.

8         My - my questioning why they weren't resigning was

9    actually to kind of give them a tip that it wasn't going to

10   look very favorable for them in court if they didn't resign.

11   Q    Okay.

12             MR. DUBNOFF: Nothing further.

13             MR. DUGAN: Nothing -

14             THE COURT: Okay.

15             MR. DUGAN: - based on that, Judge. Thank you.

16             THE COURT: Thank you for coming.

17             You may proceed.

18             MR. DUBNOFF: Your Honor, at this point we would

19   like to give a victim, James Allen, the Election Director

20   from Delaware County who submitted a letter to the Court, he

21   would like an opportunity address the Court.

22             THE COURT: All right.

23             MR. DUBNOFF: Should I do so at the podium?

24             THE COURT: Yes, that'd be fine.

25             Ms. Spicer, can you swear in the witness?

```
 1                    (The Witness is Sworn)
 2              THE CLERK: Would you please state your name for the
 3    record?
 4              MR. ALLEN: James P. Allen, A-L-L-E-N.
 5              JAMES ALLEN, GOVERNMENT CHARACTER WITNESS
 6                       DIRECT EXAMINATION
 7    BY MR. DUBNOFF:
 8    Q    And Mr. Allen, please tell Judge Bartle anything you'd
 9    like to tell him about this case based on your position with
10    Delaware County.
11    A    Good afternoon, Your Honor.
12              THE COURT: Good afternoon.
13    A    A while back I was asked to submit a Victim Impact
14    Statement and did so, and I assume that that was forwarded to
15    this Court. In that impact statement, I tried to outline the
16    impact it has not -
17              THE COURT: Give us your title.
18    A    I'm sorry. My - my title -
19              THE COURT: Yes.
20    A    - is Director of Elections for -
21              THE COURT: Thank you very much.
22    A    - Delaware County.
23         In that Statement, I tried to outline the impact it has
24    on our voters - we have 410,000, approximately, in Delaware
25    County; on our - our workers, our 38 fulltime staff; our poll
```

1    workers, we have 2,000 every election; and on the - the

2    electoral franchise itself.

3        And I can't emphasize enough how we face, on a regular

4    basis, false accusations. Accusations that - that aren't

5    based in any reality, but nonetheless conspiracies that -

6    that take rut and they're - they're hard to defeat, to be

7    honest, because although these individuals often say they're

8    just asking questions, they - they often refuse to accept

9    hardcore evidence that - that the elections are honest, and -

10   and have integrity.

11       And it's events like we're here to discuss today that

12   only fuel and stoke those fires.  These are legitimate

13   accusations of fraud that the Defendant has - three

14   Defendants have pleaded guilty to committing, and they were

15   extensive.

16       And it - it - it struck me that in this particular case,

17   this Defendant filed a complaint with our office after the

18   May 2021 primary election alleging that he suspected the very

19   actions that he later took upon himself to do. So, he alleged

20   that he was cheated out of the primary election by people

21   moving, or claiming to have moved, into Millbourne, when they

22   actually had not, and registering to vote illegally and

23   casting ballots. So, he - he felt wronged and filed a

24   complaint using the Pennsylvania - the Commonwealth's

25   complaint form, and it was witnessed by another Defendant and

1    notarized and submitted. And it went into detail about what

2    he felt was so wrong.

3        And then - and we - we were in the process of

4    investigating that to - to the degree that we can as an

5    election office. We rely on the investigators to actually,

6    you know, use the shoe leather, and knock on doors, and - and

7    approach witnesses. We don't have that capacity in our

8    office, much less the - the skillset. We're expert in a lot

9    of things but not interrogating witnesses.

10       And then come to find out - I, you know, come to receive

11   a complaint right before the November 2021 election from

12   eventual Mayor Tayub. And I'll always remember facing him at

13   the counter. He wanted to submit a list of - of voters, right

14   at the deadline, whose mail-in absentee ballots he wanted to

15   see to invalidate. You - there is a provision under State law

16   where you can - you can challenge them, and then they can be

17   held in obeyance until the Board of Elections can have a

18   hearing and review the facts and determine whether or not to

19   count those ballots. It's a very quick process. However, he

20   was not aware of the requirements to do so. You had to have

21   an individualized complaint, you had to have personal

22   knowledge of the information, and you had to have a cash

23   deposit under State law for each and every complaint. And I

24   had to explain to him there was nothing I could do with these

25   complaints.

1       Come to find out that later there were numerous

2    individuals who were identified as not having actually lived

3    - resided in Millbourne who had allegedly applied to register

4    to vote, and then applied for mail-in ballots, and then cast

5    those ballots. And that there - there were a number of write-

6    in ballots for the Defendant.

7       It took years to have it fully investigated, but it was

8    - it was worse than anything I think I've ever encountered,

9    and I've worked for 18 years - I'm sorry, strike that - 14

10   years before this, these four years in Delaware County in the

11   Chicago Board of Elections. I saw a number of things.

12      I never saw anything like this before where someone

13   managed to convince voters to participate in a grand scheme,

14   to give them, to hand over their - their vote, their personal

15   identifying information, so that the Defendant, or someone

16   acting on his behalf, could file bogus registrations, and

17   then file bogus applications for mail-in ballots, and then

18   return those ballots.

19      And based on the - the - the admissions that I've - I've

20   read in the court filings, even convinced the people to don't

21   worry if you don't vote in another - if you don't vote at

22   your legitimate address, there - there's no harm, no foul.

23   Well, there's significant harm.

24      And this is - this is an immense damage caused to the -

25   the health of the electorate, the faith in the electorate.

1    And I fear that this - and I know that this case will be

2    cited in the future by someone who loses in a close contest,

3    legitimately or not, or, you know, even when there are no

4    signs of fraud. This is going to cause suspicion. It's going

5    to cause suspicion forever on the elections of Millbourne, in

6    my opinion based on my years of experience as an election

7    administrator.

8        And it - it's going to cause, you know, worse - I think

9    it's going to cause a pall on voters of different ethnicities

10   because this was a - an effort to focus on members of one

11   community and draw them into this scheme, all for very

12   selfish means.

13       And I think a scheme like this can only realistically

14   have a possibility of success in a very small local election,

15   and -. However, the conspiracy theory minded individuals out

16   there will take this and think that a similar scheme could be

17   used in a - in a statewide or a national election when it

18   would be very difficult to do so.

19       So, I take - I offer that to the Court. I hope you take

20   that under consideration that there was real damage to the

21   reputation of elections here everywhere. And that it was all

22   for a selfish motive, which was to gain some elected seat

23   dishonestly.

24       And if there's anything else the Court would like me to

25   answer, I would be more than happy to do so.

1          MR. DUBNOFF: I have just a few clarifying

2     questions.

3          THE COURT: You may.

4     Q    Just in terms of your career, you've now been in

5     Delaware County since when?

6     A    Since May of 2021 - I'm sorry, strike that.

7          March 29, 2021. My first election year was May of 2021.

8     Q    Okay.

9          And before coming to Delaware County, you were in

10    Chicago. Is that right?

11    A    Yes, sir.

12    Q    And how long did you work in Chicago?

13    A    For - I started in December of 2006 and ended my tenure

14    there to come here in - in 2021 - through January of 2021.

15    Q    And Mr. Allen, would you agree that Chicago, at least,

16    has a reputation - a notorious representation when it comes

17    to the fairness of elections?

18    A    It does. And a lot it is - is unearned, some of it is

19    earned. I mean, going back to the - the days of - of mobsters

20    in the - in the - the bootlegging days or prohibition. There

21    were actually grenades thrown, or there was physical

22    violence. There was actual bloodshed in terms of elections

23    and - and attempts to intimidate individuals.

24         In recent years, more recent years there - there have

25    been a number of efforts to make that agency a pillar of

1    respectability. We - when I was there, we - we did a lot of

2    work on voter registration records, for example, to try to

3    clean them up. I've tried to bring some of that to

4    Pennsylvania.

5    Q    And notwithstanding that reputation of Chicago -

6    A    Mm-hmm.

7    Q    Did you see anything in your 14 years plus in Chicago

8    that resembled the sort of election fraud or efforts at

9    election fraud that you saw in this case?

10   A    No.

11            MR. DUBNOFF: I have nothing further, Your Honor.

12            THE COURT: Mr. Dugan?

13            MR. DUGAN: Nothing, Your Honor. Thank you.

14            THE COURT: Thank you very much for coming.

15            MR. ALLEN: You're welcome, Your Honor. Thank you.

16            MR. DUGAN: Those are my witnesses, Your Honor.

17            THE COURT: All right. You may proceed.

18            MR. DUBNOFF: So, typically, Your -.

19            And I don't know whether Defense as witnesses that

20   he'd like to be heard from on - on guideline issues.

21            I believe there is a dispute between the parties

22   with regard to what the proper guideline calculation is.

23            THE COURT: That is correct.

24            MR. DUBNOFF: I'm happy to address that issue first

25   so that we can follow the three-step post-Booker approach.

1      The - the guideline range, as - as we see it, Your

2  Honor, is we - we believe the - the offense level is a - is a

3  15, with a category of 1 - a criminal history category of 1,

4  which would lead to a sentencing range of 18 to 24 months in

5  imprisonment.

6      As I understand the Defense's position, they have

7  modified it somewhat. At first there was an opposition to any

8  enhancement based on aggravated role, and there was a request

9  for a two point downward adjustment under Section 4C1.1. I

10  believe that's been withdrawn. Before I continue, I just - I

11  - I guess I'd just like clarification from Defense.

12      THE COURT: Is that correct?

13      MR. DUGAN: That is correct, Judge.

14      THE COURT: Thank you.

15      MR. DUBNOFF: So, I believe the only thing that is

16  still at issue with regard to the guidelines calculation has

17  to do with we- - the number of participants in this

18  conspiracy. And as Your Honor knows, if there are five or

19  more participants in a criminal activity, it would warrant a

20  four level increase if somebody's the organizer or leader of

21  the acts. And I believe that Defense's position is that there

22  were not five or more participants.

23      THE COURT: Their position, I think, was three. Is

24  that correct?

25      MR. DUGAN: That is correct, Judge.

1          MR. DUGAN: All right.

2          THE COURT: Go ahead.

3          MR. DUGAN: And that is incorrect, Your Honor.

4     There were many more participants here. The agents

5     are here. There was - there were people who admitted to us.

6          One of the individual's whose identified as Person

7     C in the Indictment, and we - we know who the individual is,

8     I've informed Defense Counsel who the individual is - has

9     said that he knowingly and intentionally provided Mr. Hasan -

10    and actually, it was at Mr. Ali's request - provided Mr. Ali

11    with his, his wife's, and his two daughters' personal

12    identifying information for the sole purpose of helping Mr.

13    Hasan steal the November 2021 election.

14          There is another individual - there are two other

15    individuals who testified in the Grand Jury where they

16    admitted - they admitted that they had provided false inform-

17    - or they had provided their personal information to Mr.

18    Hasan at his request solely to help Mr. Hasan steal the

19    election.

20          So, there definitely was - was more than - well,

21    there was five or more participants here.

22          So, we're happy to put on evidence, if this really

23    in dispute, but we believe the four level enhancement applies

24    under this particular guideline, Your Honor.

25          THE COURT: Mr. Dugan?

```
1              MR. DUGAN: Judge, just briefly.

2              I would agree that maybe not three, but four

3    participants.

4              I think that the other people that were involved in

5    this were just unwitting. They didn't know that this was an

6    actual crime.

7              THE COURT: Well, isn't the issue whether they knew

8    about it. If they knew about it, then they were participants,

9    even though they may or may not have been co-conspirators.

10   But - but the - the guidelines talk about participants.

11             MR. DUGAN: And - and I - and I think -

12             THE COURT: It's a pretty broad definition.

13             MR. DUGAN: It is a broad definition.

14             But I think that the unwitting people didn't

15   actually know that what they were doing was criminal

16   activity.

17             THE COURT: Well, Mr. Dubnoff says that there are at

18   least five who knew what was happening. The three

19   conspirators who've been indicted, plus two additional

20   people. If that's so, that - that's five.

21             MR. DUGAN: That is five.

22             THE COURT: Now, are you contesting that statement

23   by Mr. Dubnoff?

24             MR. DUGAN: May I - may I have second with Mr. -.

25             THE COURT: You may.
```

```
1              (COUNSEL CONFERS)

2              MR. DUGAN: I will withdraw that objection, Judge.

3              THE COURT: All right.

4              The only other issue in terms of enhancements is

5    the obstruction of justice in the incident, and that's not

6    contested, as I understand it. Is that correct?

7              MR. DUGAN: That's correct.

8              THE COURT: All right. Thank you.

9              MR. DUBNOFF: In light of that, Your Honor, we think

10   that there is agreement that the applicable guideline range

11   would be 18 to 24 months.

12             THE COURT: All right.

13             MR. DUBNOFF: There are no Motions for a Departure.

14             I know Defense has raised a request, essentially,

15   for a variance.

16             I am not authorized to seek an upward variance.

17             In my Sentencing Memo I requested a sentence of 18

18   - of within the guideline range of 18 to 24 months.

19             I am authorized to seek the maximum range - the

20   maximum sentence within that range, and I am doing so here.

21             We believe a sentence of 24 months - of at least 24

22   months would be appropriate here. This was a devastating

23   crime, a crime that affects the integrity of the electoral

24   system. I don't think I could it any better than Mr. Allen

25   did when describing the - the impact that a crime such as
```

 1    this has on America's faith in the integrity of our electoral

 2    system.

 3          Mr. Hasan was Vice-President - Vice-President of

 4    the Borough Council when he did this. He was a new US

 5    citizen. I believe he became a US citizen in 2009, is my

 6    recollection. He came to this country, and he abused our

 7    electoral process to better himself to try to win an

 8    election.

 9          He did this after - after he had complained about

10    allegations that Mr. Tayub had done the same thing -

11    allegations, by the way, which we looked into and found were

12    unfounded. Delaware County officials also looked into them.

13    They were unfounded. We found no evidence that Mr. Tayub

14    engaged in any criminal activity with regard to the primary

15    election of 2021.  Mr. Hasan complained about it. He - he

16    was joined in that complaint by Mr. Ali. There's an

17    individual who we've identi- - who's also identified in the

18    complaint, and actually, that's public record, he's a Mr.

19    Udein, U-D-E-I-N. Mr. Islam, I don't believe signed that, but

20    he was aware of it.

21          And after filing this complaint, after saying

22    elections in Millbourne County - in Millbourne Borough need

23    to be fair, he then knowingly and intentionally and willfully

24    violated Pennsylvania election laws by registering people to

25    vote, who he knew did not live there; by asking them for

1   their personal identifying information; by requesting that

2   mail-in ballots be sent to locations that he and his co-

3   conspirators could access within Millbourne Borough; by

4   committing another uncharged crime of interference of the

5   mail by going into some of those mailboxes, taking out those

6   ballots; by filling out those ballots, signing his name as

7   their preferred candidate for mayor; by then sending -

8   putting those ballots in envelopes, forging signatures on the

9   envelopes, and sending them back to the Delaware County Board

10  of Elections to steal a mayoral race. That's what he did. It

11  undermined the integrity of the electoral process.

12          Mr. Allen is absolutely right. Future conspiracy

13  theorists are going to look at this case as an example of

14  what can be done - what efforts can be done to undermine an

15  election. And we're all aware of the headlines, Your Honor.

16  We all know that there are allegations that have been made in

17  past elections, a - a major election, presidential election,

18  one year before Mr. Hasan engaged in this criminal activity.

19  There are allegations that are out there. They're going - and

20  there are going to be future allegations, and they're going

21  to come back and they're going to point to what Mr. Hasan did

22  as evidence that future elections are rigged, whether valid

23  or invalid, in terms of those allegations.

24          This is a terrible crime. If you look under the

25  3553(a) factors, the nature of the offense, the

1    characteristics of the offender, they call for a sentence at

2    - at the very least, the top of the guideline range.

3          And we've also asked Your Honor for - for a fine in

4    this case. I am authorized to seek a fine at the top of the

5    guideline range, which I believe is $20,000.

6          The specific deterrence goal set forth in 3553(a),

7    I - I don't think it applies here because I think we can all

8    agree, Mr. Hasan won't have the opportunity to do this again.

9    But general deterrence, promoting respect for the law, those

10    things call for a - a very serious sentence, a sentence of

11    imprisonment. And the top of the guideline range is 24

12    months, so that's what I'm limited in what I can ask for

13    today, Your Honor.

14          I'm happy to answer any of Your Honor's questions.

15          THE COURT: Thank you.

16           Mr. Dugan?

17          MR. DUGAN: Thank you, Your Honor.

18          Judge, I'm sure you've had an opportunity to review

19    my - my Sentencing Memo that I prepared.

20          THE COURT: I've read your memo, and I've read all

21    the letters that are -

22          MR. DUGAN: Very good. And - and -.

23          THE COURT: - contained in your Memo.

24          MR. DUGAN: Thank you.

25           Mr. Hasan does have numerous supporters in the

1   courtroom today.

2          If you're here for Mr. Hasan, please stand up.

3          (BACKGROUND NOISE)

4          MR. DUGAN: Thank you. You - you can have a seat.

5          Most of these people have written notes to Your

6   Honor in support of - of Mr. Hasan.

7          Judge, the - the elephant in the room is, yes, this

8   is a - this is a - it is a case with facts that can be

9   troubling. I - I don't - I - I agree with that. But that

10  being said, Mr. Hasan lived 45 years of his life a good man,

11  a great man, a man who helped others, a man who has helped

12  all of these people in the courtroom today.

13         He came from nothing. He came over - born in rural

14  Bangladesh, he came over here trying to live the American

15  dream. You know, met his wife when he was back in Bangladesh,

16  but lived over here for about five years while she was still

17  over there, trying to - trying to support the family.

18         He got involved in politics, yes. And - and I would

19  submit that by some of the letters that I've sent you, most

20  of these people are from Millbourne. Some are current members

21  of - of - of the - of the government in Millbourne, who

22  support him, who - he would give the shirt of back, sort of

23  letters that Your Honor has seen.

24         I understand what the Government wants. I

25  understand and I - and I certainly appreciate Mr. Allen being

here.

This was a man who made a terrible, terrible, terrible mistake. Once that mistake was revealed, he has come forward. He's sat down with the Government pre-indictment, entered his guilty plea as quickly as possible, and has - has basically thrown himself at the mercy of this Court.

I understand what the guidelines are. I have listed, you know, several mitigating factors that I think are important to whom MD Hasan is in my Sentencing Memo. I am seeking a - a - a variance. I know this Court has the power to do that.

I know this Court also understand that this is a very important case for the Government and for the People. It's troubling. But that being said, you have to look at who this man is, and but for this, he's done a lot for that community down there. I mean, years on Council. And if you look at the letters, everyone says the same thing about him. He has his wife here. He has his parents here. He supports four kids. He supports his wife. He supports his parents when - when they're over here.

You see the financials. This is not a man of great means to incarcerate him for an extended period of time. He's - he's willing to pay for what he did. Unfortunately, incarceration, a lot of incarceration, will really affect his family. They become victims as well.

1          So, Judge, I - I'm asking you to use your

2     discretion when sentencing Mr. Hasan. I believe that Mr.

3     Hasan would like to address the court as well, Your Honor.

4          THE COURT: Before I hear from him, Mr. Dubnoff,

5     anything further?

6          MR. DUBNOFF: Briefly.

7          It is standard practice, as Your Honor knows, at

8     sentencing hearings for Defendant to bring all of his

9     supporters to the courtroom, and the Defendant just did. We

10    saw dozens of people stand up in support.

11         It's precisely because he has all of this support

12    and all of this respect in the community that he was able to

13    pull off this crime, that he and Mr. Ali were able to go to

14    different people's houses outside of Millbourne and convince

15    them to let them change their voting registrations to vote in

16    Millbourne. So, it is precisely because he - he is admired

17    that he was able to commit these crimes.

18         There was a statement, a suggestion that he is

19    remorseful. A remorseful person would have resigned from

20    Borough Council the day of pleading guilty, if not before.

21    The day he was caught. Mr. Hasan did not. He stayed on. He

22    smiled and said no, he wouldn't resign, in response to Mr.

23    Kramer and other citizens' requests.

24         And I'll just close with the one area where I

25    agree, the one statement that Defense Counsel made that I

1    agree with when he said, quote, the Court has the power to

2    grant a variance.

3              I have nothing further.

4              THE COURT: Anything further, Mr. Dugan?

5              MR. DUGAN: Nothing further here, Judge.

6              THE COURT: Mr. Hasan, I'm going to ask my Deputy to

7    swear you in before you speak.

8              (INTERPRETER TRANSLATES FOR DEFENDANT)

9              (Defendant is sworn in)

10             THE COURT: Mr. Hasan, this is now your opportunity

11   to address the Court, to advise me about anything you think

12   that I should know about you and your circumstances before I

13   pronounce sentence.

14             (INTERPRETER TRANSLATES FOR DEFENDANT)

15             MR. HASAN (IN ENGLISH): Thank you, Honorable Judge,

16   Your Honor.

17             So, I just want to explain in Bengali, and she can

18   just convert to - because sometime it's like my language

19   barriers is difficult to understand.

20             (DEFENDANT SPEAKS WITH INTERPRETER IN BENGALI)

21             MR. HASAN (AS TRANSLATED BY INTERPRETER): Your

22   Honor, just wanted to let you know that Mr. Tom Kramer, what

23   he accused me, saying that I didn't resign, I didn't want to,

24   that is absolutely a lie because I was waiting for Judge's

25   hearing.

```
 1              (DEFENDANT SPEAKS WITH INTERPRETER IN BENGALI)
 2              MR. HASAN (AS TRANSLATED BY INTERPRETER): So, that
 3   - that - that's the thing which I told during the Council
 4   meeting.
 5              (DEFENDANT SPEAKS WITH INTERPRETER IN BENGALI)
 6              MR. HASAN (IN ENGLISH): Honorable Judge, I want to
 7   - a written one - a letter. So, I just try - well, my -
 8   actually, to reading for you. Is it okay?
 9              THE INTERPRETER: He has written a letter, Your
10   Honor. He wants his attorney to read it -
11              THE COURT: Sure.
12              THE INTERPRETER: - on his behalf.
13              THE COURT: That's fine.
14              MR. DUGAN: You - you want me to read it for you?
15              MR. HASAN: Yeah, please.
16              MR. DUGAN: May I, Judge?
17              THE COURT: You may.
18              MR. DUGAN: Thank you.
19                  "Respected sir, with utmost respect, I,
20                  the undersigned, humbly submit that I am
21                  accused under your jurisdiction and
22                  sincerely admit my guilt. I deeply regret my
23                  actions and assure you that it was a mistake
24                  I will never repeat. I have fully cooperated
25                  with the authorities and maintain the
```

highest respect for the Court and the law.

I am a three time successfully elected Councilman and am serving in - in - in this position as Vice-President. During my tenure, I have never been involved in any kind of criminal activity.

I have always acted in the public interest with integrity and responsibility. I am the sole breadwinner for my family, which consists of my dad, mom, wife, one son, and three daughters. Two of my daughters are very young, one is three years old, the other is just one year old. My absence would put them in severe distress and hardship.

Considering my family's vulnerable situation, and my ongoing social responsibilities, I humbly request of your consideration to grant me probation or community service. I am fully prepared to comply, if granted the opportunity, to return to my family and continue serving society positively. I will remain forever grateful for your compassion.

Sincerely, MD Nurul Hasan."

```
1              THE COURT: Thank you.

2              Mr. Hasan, you have pleaded guilty in this court

3     to one count of conspiracy, six counts of providing false

4     information in registering individuals to vote, and 16 counts

5     of fraudulent voter registration and aiding and abetting.

6              I must first calculate your sentence under the

7     advisory sentencing guidelines. Under those guidelines, the

8     base offense level is 12.

9              I find that you were an organizer or leader of

10    criminal activity involving five or more participants, and I

11    therefore increase your base offense level by four levels.

12             I further find that you obstructed justice, for two

13    additional levels.

14             I find you have accepted responsibility for your

15    conduct, and therefore I depart downward three levels, for a

16    total offense level of 15.

17             You have no criminal history points, for criminal

18    history category of 1.

19             Under the advisory sentencing guidelines, you could

20    be sentenced to between 18 and 24 months in prison. But

21    before determining what sentence to impose, I must take into

22    account the various factors under Title 18, United States

23    Code, Section 3553(a) and impose a sentence which is

24    sufficient, but not greater than necessary.

25             The factors which I must consider include the
```

1  nature and circumstances of the offenses, and the history and

2  characteristics of you, the Defendant; the seriousness of the

3  offenses; the need to promote respect for the law; the need

4  to provide a just punishment for the offenses; the need to

5  afford adequate deterrence to criminal conduct; and the need

6  to protect the public from further crimes of you, the

7  Defendant.

8          First, I turn to the seriousness of the offenses.

9  In the Court's view there are very few crimes in our Federal

10 Criminal Code which are more serious than the crimes which

11 you have committed. What you have done has undermined our

12 democratic process. Democracy cannot function if we don't

13 have free and fair elections.

14         And this scheme was not a minor one, it was very

15 extensive. It involved approximately three dozen fraudulent

16 ballots. It was engaged in by you, who happened to be the

17 Vice-President of the Borough Council. You were the leader of

18 this conspiracy.

19         And after the last primary, before the general

20 election, you complained to the Delaware County Board of

21 Elections that there had been fraudulent activity, even

22 though there was no such fraudulent activity. You lost the

23 primary fair and square, and yet thereafter you engaged in

24 the activity you accused others of engaging in.

25         You also persuaded a person not to provide

1    information to the FBI concerning this conspiracy, and

2    therefore you obstructed justice.

3          And, in addition, you were a naturalized citizen

4    and took an oath to support and defend the Constitution of

5    the United States. You, of course, did not support and defend

6    the Constitution of the United States.

7          The Court also must be concerned about deterrence.

8    While I have no doubt that it's unlikely you will ever engage

9    in this type of activity again, the Court has to be concerned

10   about general deterrence, deterring others from engaging in

11   the same type of criminal conduct in which have engaged. Our

12   country cannot survive, our Commonwealth of Pennsylvania

13   cannot survive, Delaware County cannot survive, and

14   Millbourne Borough cannot survive if people are cheating with

15   respect to elections. So, it's very important that the Court

16   take whatever steps it can to discourage such type of conduct

17   in the future.

18         In terms of pr- - protecting the public from

19   further crimes of you, the Defendant, again, it's highly

20   unlikely you will be engaging in any other crimes in the

21   future.

22         The Court is very concerned about re- - promoting

23   respect for the law. Again, as we say, the rule of essential

24   to the survival of a democracy, and we must encourage respect

25   for the law whether we like the rules or not.

1          The Court also must consider what is a just

2    punishment under the circumstances.

3          And, finally, the nature and circumstances of the

4    offenses and the history and characteristics of you, the

5    Defendant.

6          I have already outlined the nature and

7    circumstances of the offenses as I see it.

8          In terms of your history and characteristics, I

9    have read all the letters that have been submitted on your

10   behalf. Clearly, you have done a lot of good in your

11   lifetime. You're a good family man. You had the trust of the

12   citizens of Millbourne to be elected to the Borough Council,

13   and your record appears to have been unblemished - virtually

14   unblemished except for the events that bring you here today

15   to this Court room. It has been mentioned, you have a family,

16   and it's very sad, Mr. Hasan, that you got yourself involved

17   in this, because not only will you - are you suffering the

18   consequences, but there, of course, is collateral damage to

19   your family, which is very, very, unfortunate indeed.

20         Under the totality of the circumstances,

21   recognizing the seriousness of the offense, and your effort,

22   clearly, to undermine democracy in this country, I'm going to

23   commit you to the custody of the Attorney General of the

24   United States for a period of imprisonment of 36 months on

25   each count. The sentences will all be served concurrently.

1              I will also impose a term of supervised release of

2       one year on each count to be served after you complete your

3       prison term. The terms of supervised release will be served

4       concurrently.

5              No fine will be imposed because of your inability

6       to pay.

7              I will order you to pay immediately a special

8       assessment of $3,300.

9              To the extent you have not waived your right to

10      appeal, I advise you of your right to appeal your sentence to

11      the United States Court of Appeals for the Third Circuit. If

12      you cannot afford counsel, the Court will appoint counsel to

13      represent you free of charge. If you wish a Notice of Appeal

14      to be entered, you may indicate that to the Deputy Clerk, and

15      she will enter a Notice of Appeal on your behalf.    Any

16      Notice of Appeal must be filed within 14 days after I sign

17      the Judgement and Commitment Order.

18              Is there anything further?

19              MR. DUBNOFF: No, Your Honor.

20              MR. DUGAN: No, Your Honor.

21              THE COURT: Thank you all very much.

22              (Proceedings concluded at 3:01 p.m.)

23

24

25

**CERTIFICATION OF TRANSCRIPTION**

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


Signature of Approved Transcriber:

*Delanie Shepherd*

Typed or Printed Name:        Delanie Shepherd

Date:                        August 05, 2025