```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :         CRIMINAL ACTION
                              :
          v.                  :
                              :
MD NURUL HASAN                :         NO. 25-57-1
```

ORDER

AND NOW, this 13th day of August, 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant MD Nurul Hasan for release pending appeal or in the alternative to extend the surrender date (Doc. #70) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                    J.