# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No. 25-CR-00057-3 |
| ) | United States Courthouse |
| vs. ) | Philadelphia, PA |
| ) | April 1, 2025 |
| MD RAFIKUL ISLAM, ) | 9:33 a.m. |
| Defendant. ) | |
| _____ ) | |

### TRANSCRIPT OF CHANGE OF PLEA HEARING
### BEFORE THE HONORABLE HARVEY BARTLE, III,
### UNITED STATES DISTRICT COURT JUDGE

**APPEARANCES:**

FOR THE PLAINTIFF:                     MARK B. DUBNOFF
UNITED STATES OF AMERICA               U.S. Attorney's Office
                                       615 Chestnut Street
                                       Suite 1250
                                       PHILADELPHIA, PA 19106


FOR THE DEFENDANT:                     ROBERT C KELLER
MD RAFIKUL ISLAM                       Keller, Lesar
                                        & Williams, LLP
                                       110 E. Darby Road
                                       HAVERTON, PA 19083


Electronic Sound Recorder:             NICOLE D. SPICER




Transcript produced by:
    DATAGAIN Inc.,
    10750 Moore Drive, Parkland, Florida 33076
    and 1 Creekside Court, Secaucus, New Jersey 07094



Proceedings recorded by electronic sound recording.

**INDEX**

| SWORN TESTIMONY | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Witnesses | | | | |
| None. | - | - | - | - |

| EXHIBITS | Introduced | Admitted |
|---|---|---|
| None. | - | - |

| PROCEEDINGS | Commenced |
|---|---|
| The Court - Rule 11 Colloquy | 3 |
| Mr. Dubnoff - Summary of Plea Agreement | 13 |
| The Court - Colloquy with Defendant | 18 |
| Mr. Dubnoff - Factual Basis for Plea | 25 |
| Mr. Dubnoff - Minimum and Maximum Penalties | 33 |
| The Court -  Colloquy with Defendant | 34 |
| The Court - Colloquy with Attorneys | 37 |

| PLEA | |
|---|---|
| Mr. Islam - Change of Plea | 39 |

| FINDINGS | |
|---|---|
| The Court | 39 |

```
 1              (Proceedings Started at 9:33 a.m.)

 2         (Call to Order of the Court)

 3              THE COURT: Good morning.

 4              MR. KELLER: Good morning, Your Honor.

 5              MR. DUBNOFF: Good morning, Your Honor.

 6              THE COURT: The Court has before it this morning the

 7  Guilty Plea Hearing in the case of the United States of

 8  America versus MD Rafikul Islam, Criminal Action 25-57-3.

 9              Ms. Spicer, will you please swear in the Defendant.

10              (The Defendant is Sworn)

11              THE CLERK: Would you please state your name for the

12  record.

13              MR. ISLAM: MD Rafikul Islam.

14              THE CLERK: Thank you.

15              MR. ISLAM: You're welcome.

16              THE COURT: You may be seated.

17              MR. ISLAM: I'm sorry?

18              THE COURT: You may be seated.

19              MR. ISLAM: Oh, okay. Thank you.

20              THE COURT: And just -.

21              Mr. Islam, do you read, write, and understand the

22  English language?

23              MR. ISLAM: Yes.

24              THE COURT: Do you understand that during this

25  proceeding this morning I will be asking you a series of
```

1    questions?

2              MR. ISLAM: Okay. Sure. Yeah.

3              THE COURT: And I will assume that your answers will

4    be truthful.

5              MR. ISLAM: Yes.

6              THE COURT: Since you are now sworn and under oath,

7    do you understand that if you should give me false answers

8    you are subject to possible prosecution for perjury, that is

9    lying under oath.

10             MR. ISLAM: Yeah, yes.

11             THE COURT: Do you also understand that I will be

12   asking you questions in order to satisfy myself that you are

13   competent and able to enter a plea?

14             MR. ISLAM: Yes.

15             THE COURT: And to satisfy myself that if you decide

16   to plead guilty, that you are knowing and voluntarily giving

17   up certain rights to which you would be entitled if you went

18   to trial?

19             MR. ISLAM: Yes.

20             THE COURT: If, at any time, you do not understand

21   what I am asking you, or you wish a further explanation,

22   please tell me that, and I will do my best to rephrase the

23   question or explain it to you.

24             MR. ISLAM: Yeah, thank you.

25             THE COURT: Also, if, at any time, you wish to speak

1    to your lawyer outside of my hearing you, of course, may do

2    so.

3            MR. ISLAM: Sure. Thanks.

4            THE COURT: Mr. Islam, are you a citizen of the

5    United States?

6            MR. ISLAM: Yes.

7            THE COURT: And how old are you?

8            MR. ISLAM: Fifty-one.

9            THE COURT: And how far did you go in school?

10           MR. ISLAM: Master's degree, a Masters of Science.

11           THE COURT: And where did you obtain that degree?

12           MR. ISLAM: In Bangladesh, University of Rajshahi.

13           THE COURT: Where?

14           MR. ISLAM: University of Rajshahi, -

15           THE COURT: All right.

16           MR. ISLAM: - in Bangladesh.

17           THE COURT: Thank you.

18           MR. ISLAM: You're welcome.

19           THE COURT: Have you been employed during the last

20   several years, and if so, what job or jobs have you held?

21           MR. ISLAM: Can you repeat the question, please.

22           THE COURT: What?

23           MR. KELLER: Where have you been working the last

24   few years?

25           MR. ISLAM: Oh, yes.

```
1                    MR. KELLER: Where?

2                    MR. ISLAM: In - one is the last few years - last

3       couple of years in (INDISCERNIBLE 9:36:29), Pennsylvania. And

4       (INDISCERNIBLE 9:36:32)-

5                    MR. KELLER: What's the name of the - what's the

6       name of the place?

7                    MR. ISLAM: Bioclinica.

8                    THE COURT: And what did you do for that c- -.

9                    MR. ISLAM: As a Software Tester - Testing Engineer

10      - Software Testing Engineer.

11                   MR. KELLER: Pharmaceutical?

12                   MR. ISLAM: Pharmaceutical.

13                   THE COURT: Okay.

14                   MR. ISLAM: Actually, clinical trial industries.

15                   THE COURT: And what specifically did you do in the

16      pharmaceutical industry?

17                   MR. ISLAM: I'm doing all the - they're - they're

18      doing - they create the software. I'm testing the software.

19                   THE COURT: Doing testing?

20                   MR. ISLAM: Yes.

21                   THE COURT: Thank you.

22                   Have you taken any drugs, medicine, or pills in the

23      last 24 hours?

24                   MR. ISLAM: I take the Metformin for diabetes.

25                   THE COURT: Okay. Does that affect your ability to
```

1    understand the proceedings here today?

2              MR. ISLAM: Yes.

3              THE COURT: It - it does?

4              MR. KELLER: No, is it affecting your -.

5              MR. ISLAM: Oh. No, no.

6              THE COURT: It - it - it does not affect your

7    ability to understand the proceedings. Is that correct?

8              MR. ISLAM: Yeah. Got it. No.

9              THE COURT: Have you drunk any alcoholic beverages

10   in the last twenty- -.

11             MR. ISLAM: No.

12             THE COURT: Have you ever been hospitalized or

13   treated for mental illness or narcotic addiction?

14             MR. ISLAM: No.

15             THE COURT: Are you currently, or have you recently,

16   been under the care of a doctor?

17             MR. ISLAM: Say it one more time, please.

18             MR. KELLER: Do - are you under the care of a

19   doctor?

20             MR. ISLAM: Oh, yes.

21             MR. KELLER: Who - all right.

22             THE COURT: And tell me, is that for your diabetes?

23             MR. ISLAM: Yeah. Diabetes and I have a - a neck

24   problem. The disks 5 and 6 is displaced. And other one is my

25   left eyes has a retinal issue, so.

1        THE COURT: All right. Thank you.

2        MR. ISLAM: Yeah.

3        THE COURT: Mr. Islam, do you understand that you

4   have a right to be represented by an attorney at every stage

5   of the proceeding against you?

6        MR. ISLAM: Yes.

7        THE COURT: And that if you cannot afford an

8   attorney, the Court appoints one to represent you free of

9   charge. Do you understand that?

10       MR. ISLAM: Uh, ye- -.

11       MR. KELLER: If you can't afford a lawyer, you get a

12  free lawyer.

13       MR. ISLAM: Oh.

14       MR. KELLER: Do you understand that?

15       MR. ISLAM: Yeah, yes.

16       THE COURT: Okay.

17       Do you have an attorney here today?

18       MR. ISLAM: Yes.

19       THE COURT: And who is that?

20       MR. ISLAM: Mr. Robert Keller.

21       THE COURT: Mr. Keller?

22       MR. ISLAM: Yes, Mr. Keller.

23       THE COURT: Have you had ample opportunity to

24  discuss your case with Mr. Keller?

25       MR. ISLAM: Yes.

```
1              THE COURT: What is your answer?

2              MR. ISLAM: Yes.

3              THE COURT: Okay.

4              Are you satisfied with his representation of you?

5              MR. ISLAM: Yes.

6              THE COURT: Mr. Islam, have you received a copy of a

7   document called an Indictment which contains the written

8   charges against you?

9              MR. ISLAM: Yes.

10             THE COURT: Do you understand that the indictment

11  and summary charges - they're from at least in or about May

12  2021 until the present day of the - the indictment -

13             MR. ISLAM: Yeah.

14             THE COURT: - in violation of Title 18 of the United

15  States Code Section 371 in the Eastern District of

16  Pennsylvania and elsewhere, you conspired and agreed,

17  together with MD Nurul Hasan and MD Munsur Ali, and others,

18  to knowingly and willfully give false information as to the

19  names and addresses of voter to establish their eligibility

20  to register and vote in primary and general elections held in

21  part for the purpose of selecting and electing candidates for

22  the Office of President, Vice-President, Presidential

23  Elector, Member of United States Senate or Member of the

24  House of Representatives of the United States in violation of

25  Title 52, United States Code, Section 10307(c).
```

1    Do you understand that that indictment charge is

2  that?

3    MR. ISLAM: Yes.

4    THE COURT: Do you also understand that the

5  indictment charge is that you knowingly and willfully

6  conspired to deprive and defraud the residents of the

7  Commonwealth of Pennsylvania of a fair and impartially

8  conducted election process by the procurement and submission

9  of voter registration applications that were known by you to

10  be materially false, fictitious and fraudulent under the laws

11  of Pennsylvania in violation of Title 52, United States Code,

12  Section 20511(2)(A).

13    Do you understand that?

14    MR. ISLAM: Yes.

15    THE COURT: Do you also understand that the

16  indictment charges that - from at least in or about May 2021

17  to February 2025 you conspired and agreed with MD Nurul

18  Hasan, MD Munsur Ali, and others, to steal the 2021 general

19  election for Mayor of Millbourne, Pennsylvania, for MD Nurul

20  Hasan, through a multistep process, which included obtaining

21  personal identification information of nearly 3,009

22  Millbourne residents, su- - such as their names, addresses,

23  dates of birth, and driver's license numbers, using the

24  personal identifying information to access the Pennsylvania

25  online voter registration website and change the voter

1   registration addresses for those non Millbourne residents to

2   locations within Millbourne, and using other Pennsylvania

3   online voter registration - using the Pennsylvania online

4   voter registration website to request that mail-in or

5   absentee ballots for those non Millbourne residents be sent

6   to addresses accessible by the minimum of yourself, MD Nurul

7   Hasan, or MD Munsur Ali, and retrieving the ballots from

8   Millbourne mail boxes, and impersonating the voters and

9   fraudulently casting write-in votes for MD Nurul Hasan to be

10  Mayor, and enclosing the fraudulently completed ballots and

11  envelopes and forging the voters re- - signatures on the

12  envelopes, and submitting the ballots in their envelopes to

13  the Delaware County Board of Elections, all in violation of

14  Title 18, United States Code, Section 371.

15       Do you understand that that's included in the

16  indictment?

17       MR. ISLAM: Yes.

18       THE COURT: In addition, the indictment charges that

19  in or about October 2021 in the Eastern District of

20  Pennsylvania and elsewhere, you knowingly and willfully gave,

21  and caused others to give, false information as to a voter's

22  name and address in the voting district encompassing

23  Millbourne, Pennsylvania for the purpose of establishing

24  one's eligibility to register and to vote in primary and

25  general elections held in part for the purpose of electing

1    any candidate for the Office of President, Vice-President,

2    Presidential Elector, Member of the United States Senate,

3    Member of the United States House of Representatives, by

4    accessing the Pennsylvania online voter registration website

5    and changing the voter voting addresses for persons whom you

6    knew not to live in Millbourne to locations in Millbourne, in

7    violation of Title 52, United States Code, Section 10307(c)

8    and Title 18, United States Code, Section 2.

9            Do you understand the indictment charges that also?

10           MR. ISLAM: Yes.

11           THE COURT: And, finally, do you understand that the

12   indictment charges that in our about October 2021 in the

13   Eastern District of Pennsylvania and elsewhere you knowingly

14   and willfully deprived, defrauded, and attempted to deprive

15   and defraud the residents of the Commonwealth of Pennsylvania

16   of a fair and impartially conducted election process by the

17   procurement and submission of voter registration applications

18   that were known by you to have been - be materially false,

19   fictitious, and fraudulent under the laws of Pennsylvania by

20   accessing the Pennsylvania online voter registration website

21   and changing the voting addresses for persons whom you knew

22   not to live in Millbourne to locations in Millbourne, in

23   violation of Title 52, United States Code, Section

24   20511(2)(A), and Title 18, United States Code, Section 2.

25           Do you understand -

```
 1              MR. ISLAM: Yes.

 2              THE COURT: - that?

 3              MR. ISLAM: Yes.

 4              THE COURT: Mr. Dubnoff, would you please summarize

 5    the terms of any Plea Agreement, if there is one?

 6              MR. DUBNOFF: Yes, Your Honor.

 7              Before I do, could I just get some clarification. I

 8    understood the Defendant to indicate to you that he's 51. I

 9    thought he'd just celebrated his 52nd birthday. If we could

10    just get a clarification on his age.

11              MR. KELLER: Did you have - when was your birthday?

12              MR. ISLAM: January 5th, 1973.

13              MR. DUBNOFF: Which I believe makes him 52.

14              MR. ISLAM: Fifty-two?

15              THE COURT: You -.

16              MR. ISLAM: Oh, okay. Sorry.

17              THE COURT: Is that correct, you're -

18              MR. ISLAM: Sorry -

19              THE COURT: - 52?

20              MR. ISLAM: - or that. Fifty-two.

21              THE COURT: Thank you.

22              MR. DUBNOFF: Okay.

23              Your Honor, would you like me to summarize the key

24    portions of the Plea Agreement?

25              THE COURT: If you would do that, please.
```

1          MR. DUBNOFF: Yes, Your Honor.

2          Mr. Islam is agreeing to plead guilty to the seven

3    charges against him in the indictment, which are Counts 1, 9,

4    10, 13, 25, 26, and 29, the charges that Your Honor just

5    described to the Defendant.

6          As part of the Plea Agreement, the Government will,

7    at the time of sentencing, make whatever recommendation as to

8    imprisonment, fines, forfeiture, restitution, and other

9    matters, which the Government deems appropriate.

10          The Government will also comment on the evidence

11   and circumstances of the case, bring to Your Honor's

12   attention any facts that bear upon the sentencing of the

13   Defendant. And the parties are agreeing that nothing in this

14   agreement shall limit the Government in its comments in, and

15   responses to, any post sentencing matters.

16          There are manda- - I'm sorry - maximum sentences

17   set forth in the Plea Agreement. Would Your Honor like me -.

18          THE COURT: We'll - we'll get to that a little bit

19   later.

20          MR. DUBNOFF: Yes, Your Honor.

21          There are provisions in here with - with regard to

22   the collection of monetary penalties. I believe I provided

23   them to the Defendant. They're spelled out here. He has to be

24   fully forthcoming with our Office and submit to a credit

25   report in order to have whatever monetary penalties are

1   assessed.

2        There are stipulations in this Agreement. They are

3   set forth on page 5, in paragraph 10 a and b.

4        As part of this Agreement are agreeing and

5   stipulating that as of the date of this Agreement, the

6   Defendant has demonstrated an acceptance of responsibility

7   for his offense, making him eligible for a two level downward

8   adjustment under Section 3E1.1(a) of the guidelines.

9        And there is a - another stipulation that as of the

10  date of this Agreement, he has assisted authorities in the

11  investigation or prosecution of his own misconduct by

12  notifying the Government of his intent to plead guilty,

13  thereby making him eligible for a third point - we don't

14  believe it will likely apply, but if it does apply, he will

15  be eligible for a third point downward adjustment under

16  3E1.1(b).

17       Additionally, there is a provision in paragraph 11

18  where he is acknowledging the fraudulently registering non-

19  Millbourne residents to vote in Millbourne enabled them to

20  vote not such in the mayoral race in October 2021, but in all

21  future elections, including federal elections from that date

22  going forward.

23       There are appellate waiver provisions. Would Your

24  Honor like me to addr- -.

25       THE COURT: Please. Please go over those, please, in

```
 1    detail.

 2            MR. DUBNOFF: Yes, Your Honor.

 3            So, in paragraph 14 on page 6, there is a - an

 4    appellate waiver in this Plea Agreement. And as part of this

 5    Plea Agreement, the Defendant is agreeing that in - in

 6    exchange for the promises made by the Government, he is

 7    voluntarily and expressly waiving all rights to file any

 8    appeal, any collateral attack, or any other writ or motion

 9    that challenges his conviction, sentence, or any other matter

10    relating to this prosecution, whether such an appeal,

11    collateral attack, or other writ or motion arises under 18,

12    United States Code, Section 3742; 28 United States Code -

13    Code, Section 1291; 28, United States Code, Section 2255; or

14    any other provision of law. And as part of this knowing and

15    voluntary waiver, the - he is expressly waiving his right to

16    raise on appeal or on collateral review or any argument that

17    the statutes to which he is pleading guilty are

18    unconstitutional, and that the admitted contact does not fall

19    within the scope of the statutes.

20            Notwithstanding this appellate waiver, if the

21    Government appeals from his sentence, then Defendant may file

22    a direct appeal of his sentence.

23            If the Government does not appeal, then

24    notwithstanding this appellate waiver provision, he may file

25    a direct appeal or petition for collateral relief, but may
```

1    raise only a claim: a) that his sentence on any count or

2    conviction exceeds the statutory maximum for that count; or

3    b) challenging a decision by Your Honor, the sentencing

4    Judge, to impose an upward departure pursuant to the

5    sentencing guidelines; c) challenging a defe- a decision by

6    the Court to impose an upward variance above the sentencing

7    guidelines; or d) that an attorney who represented the

8    Defendant during the course of this case provided

9    constitutionally ineffective assistance of counsel. If he

10   does appeal or seek collateral relief pursuant to this

11   subparagraph, no issue may be presented by the Defendant in

12   such a proceeding other than those that I've just described.

13        There are provisions in this Agreement that he's

14   waiving any claims under the Hyde Amendment for attorney's

15   fees or the litigation expenses.

16        He is waiving all rights, whether asserted directly

17   by representative to receive information he could otherwise

18   receive under the Freedom of Information Act or the Privacy

19   Act.

20        He is representing that he is satisfied with the

21   legal representation he has received from his attorney.

22        And all parties are agreeing that this Guilty Plea

23   Agreement contains no additional promises, agreements, or

24   understandings, other than those set forth in this written

25   Guilty Plea Agreement, and that no additional promises,

1    agreements, or understandings will be entered into unless in

2    writing and signed by all the parties.

3              So, with the exception of the maximum penalties

4    provision, that is a summary of the Agreement, Your Honor.

5              THE COURT: Do you agree, Mr. Islam, that Mr.

6    Dubnoff has accurately summarized the Plea Agreement?

7              MR. ISLAM: Yes.

8              THE COURT: I'm going to ask Ms. Spicer to place

9    before you the Guilty Plea Agreement, the original.

10             (BACKGROUND NOISE)

11             THE COURT: I'd ask you to look at the last page of

12   the Guilty Plea Agreement. There are two documents before

13   you. Just to take the first one.

14             Is that your signature, Mr. Islam?

15             MR. ISLAM: Yes.

16             THE COURT: Did you read the document before you

17   signed it?

18             MR. ISLAM: Yes.

19             THE COURT: Did you understand what it said?

20             MR. ISLAM: Yes.

21             THE COURT: Did you discuss it with your attorney

22   before you signed it?

23             MR. ISLAM: Yes.

24             THE COURT: All right.

25             There's a second document called Acknowledgement of

1    Rights. I would ask you to focus on the last page of that

2    document.

3            Is that your signature?

4            MR. ISLAM: Yes.

5            THE COURT: Did you read the document before you

6    signed it?

7            MR. ISLAM: Yes.

8            THE COURT: Did you understand what it said?

9            MR. ISLAM: Yes.

10           THE COURT: Did you discuss it with your attorney

11    before you signed it?

12           MR. ISLAM: Yes.

13           THE COURT: Mr. Islam, there is also, as Mr. Dubnoff

14    mentioned, a - an appellate waiver in that agreement. That

15    means that you're giving up your right to appeal any sentence

16    which I should impose, except under the specific exceptions

17    set forth in that agreement.

18           Do you understand that?

19           MR. ISLAM: Yes.

20           THE COURT: And you will also be giving up your

21    rights to later, what we call, collaterally attack that

22    sentence, except under limited provisions set forth in the

23    agreement.

24           MR. ISLAM: Yes.

25           THE COURT: Has anyone made any threat or promise or

1    assurance to you of any kind other than what is set forth in

2    the Plea Agreement and Acknowledgement of Rights to convince

3    or induce you to sign them?

4            MR. ISLAM: No.

5            THE COURT: Do you understand that if you plead

6    guilty here today, you are giving up your right to challenge

7    the indictment which has been returned against you, as well

8    as the Grand Jury proceedings which resulted in the issuance

9    of the indictment?

10           MR. ISLAM: Yes.

11           THE COURT: Do you understand that you would have a

12   right to be tried by a jury if you plead not guilty?

13           MR. ISLAM: Yes.

14           THE COURT: Do you understand that you, through your

15   attorney, could participate in the selection of any jury?

16           MR. ISLAM: Yes.

17           THE COURT: Are you aware that if you plead not

18   guilty you have the right to be tried with the assistance of

19   a lawyer?

20           MR. ISLAM: Yes.

21           THE COURT: Do you understand that at a trial you

22   would be presumed to be innocent?

23           MR. ISLAM: Yes.

24           THE COURT: And that the Government would be

25   required to prove you guilty by competent evidence and beyond

1    a reasonable doubt before you could be found guilty?

2              MR. ISLAM: Yes.

3              THE COURT: Do you understand that in the course of

4    a trial the witnesses for the Government would have to come

5    to court and testify in your presence?

6              MR. ISLAM: Yes.

7              THE COURT: And that your attorney could cross-

8    examine the witnesses for the Government, object to evidence

9    offered by the Government, and offer evidence on your behalf?

10             MR. ISLAM: Yes.

11             THE COURT: Are you aware that if you plead guilty

12   you will be giving up your right to challenge the manner in

13   which the Government obtained evidence against you?

14             MR. ISLAM: Yes.

15             THE COURT: Do you understand at a trial you would

16   have the right to subpoena, that is compel, the attendance of

17   witnesses?

18             MR. ISLAM: Yes.

19             THE COURT: And that you would have the right to

20   present your own witnesses, including character witnesses,

21   whose testimony could possibly raise a reasonable doubt about

22   your guilt?

23             MR. ISLAM: Yes.

24             THE COURT: Do you understand that at a trial, while

25   you would have the right to testify if you chose to do so,

1    you also would have the right not to testify?

2         MR. ISLAM: Yes.

3         THE COURT: And that no inference or suggestion of

4    guilt could be drawn from the fact that you did not testify?

5         MR. ISLAM: Yes.

6         THE COURT: Do you understand that you would have

7    the right not to be compelled to incriminate yourself? That

8    means no one can force you to testify to make a statement

9    about what happened here.

10        MR. ISLAM: Yes, I underst- -.

11        THE COURT: Are you aware that your attorney could

12   argue to a jury, or the Court on your behalf, against the

13   Government's case?

14        MR. ISLAM: Yes.

15        THE COURT: Do you understand that you could only be

16   convicted by a jury which unanimously found you guilty?

17        MR. ISLAM: Yes.

18        THE COURT: That means before you could be

19   convicted, all 12 jurors would have to agree that you were

20   guilty.

21        MR. ISLAM: Yes.

22        THE COURT: If at trial you were found guilty, do

23   you understand that after a trial you would be able to appeal

24   the verdict to an Appellate Court?

25        MR. ISLAM: Yes.

1          THE COURT: And that you could have a lawyer to

2     represent you on that appeal?

3          MR. ISLAM: Yes.

4          THE COURT: And if you could not afford a lawyer,

5     the Court would appoint one to represent you free of charge.

6          MR. ISLAM: Okay. Yes.

7          THE COURT: And that the Court - Appellate Court

8     might or might not reverse your conviction?

9          MR. ISLAM: Yes.

10         THE COURT: If you plead guilty and I accept your

11    plea, do you understand you will waive - that means give up

12    forever - your right to a further trial of any kind, as well

13    as the other rights that I have just discussed?

14         MR. ISLAM: Yes.

15         THE COURT: And that there will be no trial if you

16    plead guilty?

17         MR. ISLAM: Yes.

18         THE COURT: And, as we discussed a few moments ago,

19    if you plead guilty here today, you'll be giving up your

20    right of appeal and your right to collaterally attack any

21    sentence, except as set forth in the Plea Agreement?

22         MR. ISLAM: Yes.

23         THE COURT: Mr. Islam, if you plead guilty today, do

24    you understand you'd be pleading guilty to one count of

25    conspiracy in violation of Title 18, United States Code,

```
1    Section 371?

2              MR. ISLAM: Yes.

3              THE COURT: That you'd be pleading guilty to three

4    counts of providing and aiding and abetting the providing of

5    false information in registering individuals to vote in

6    violation of Title 18, United States Code, Section 10307(c);

7    and Title 18, United States Code, Section 2?

8              MR. ISLAM: Yes.

9              THE COURT: And three counts of voter registration

10   fraud and aiding and abetting voter registration fraud in

11   violation of Title 52, United States Code, Section

12   20511(2)(A); and 18, USC, Section 2?

13             MR. ISLAM: Yes.

14             THE COURT: Now I want to review with you, briefly,

15   Mr. Islam, the essential elements to those various crimes.

16             With respect to the crime of conspiracy, the

17   elements are that two or more persons agree to commit an

18   offense or offenses against the United States as charged in

19   the indictment; that you were a party to or a member of that

20   agreement; that you joined the agreement or conspiracy

21   knowing that it was subjected to commit an offense or

22   offenses against the United States; and intending to join

23   together with at least one other alleged conspirator to

24   achieve that objective; and that at some time during the

25   existence of the agreement or conspiracy, at least one of its
```

1    members performed an overt act in order to further the

2    objectives of that conspiracy.

3          Do you understand that's the elements of

4    conspiracy?

5          MR. ISLAM: Yes.

6          THE COURT: Now with respect to the crime of giving

7    false information and registering to vote and aiding and

8    abetting. The elements are that you gave false information as

9    to a name, address or period of residence in a voting

10   district for the purpose of establishing eligibility to

11   register to vote; that you did so in a general, special, or

12   primary election held solely or in part for the purpose of

13   electing any candidate for the Office of President, Vice-

14   President, Presidential Elector, Member of the United States

15   Senate, and Member of the United States House of

16   Representatives; and that you acted knowingly and willfully.

17         MR. ISLAM: Yes.

18         THE COURT: Now with respect to the crime of voter

19   registration fraud, the elements are that you procured or

20   submitted voter registration applications that were

21   materially false, fictitious, or fraudulent under

22   Pennsylvania law; that you knew that the voter registration

23   applications were materially false, fictitious, or

24   fraudulent; that the voter registration applications were

25   procured - were submitted in - in an election - in any

1  election for federal office; and that you knowingly and

2  willfully deprived, defrauded, or attempted to deprive or

3  defraud the residents of Pennsylvania of a fair and

4  impartially con- - conducted election process.

5        MR. ISLAM: Yes.

6        THE COURT: Now with respect to aiding and abetting,

7  which is part of these charges, -

8        MR. ISLAM: Yes.

9        THE COURT: - the elements are that - that the

10  principal, that is you, committed the offenses charged by

11  committing each of these elements of the offenses charged, as

12  I have explained those elements above; that you knew that the

13  offenses charged were going to be committed or being

14  committed by the principal; that you knowingly did some act

15  for the purpose of aiding, assisting, soliciting, faliciting,

16  (sic, phonetic) or encouraging the principal in committing

17  the specific offenses charged, and with the intent that the

18  principal commit those specific offenses; and that you

19  performed an act or acts in furtherance of the offenses

20  charged.

21        MR. ISLAM: Yes.

22        THE COURT: Mr. Dubnoff, would you please summarize

23  the factual basis for any plea.

24        MR. DUBNOFF: Yes, Your Honor.

25        And, Your Honor, we have provided Defense Counsel

1   with a copy of the our Change of Plea Memo, which sets forth

2   the factual basis.

3           On page 5 of the Plea Memo, it starts the

4   recitation of what we would prove at trial.

5           THE COURT: Go ahead.

6           MR. DUBNOFF: And what we would prove, if this case

7   were to go to trial, is that at all times relevant to this

8   case, Millbourne - Millbourne Borough was a municipality

9   located in Delaware County, which is in the Eastern District

10  of Pennsylvania. It has an approximate area of 0.1 square

11  miles, and a population of slightly more than 1,200 people.

12  Millbourne had a municipal government consisting of a Mayor,

13  five Borough Council Members, a Tax Collector, a Police

14  Chief, and some administrative personnel. The Borough Council

15  also had a President and a Vice-President. The Mayor, Council

16  Members, and Tax Collector were all elected officials who

17  serve for four year terms.

18          Nearly all of Millbourne's registered voters were

19  members of one political party. So, if a candidate for office

20  won that party's primary, that candidate was extremely likely

21  to win the general election.

22          In 2021, Millbourne held elections for Mayor and

23  other Officers. At the time, Defendant, MD Rafikul Islam, who

24  is also known as Mohammad Rafikul Islam, and also known as

25  Jibon, was a resident of Millbourne and a member of Mi- - the

1   Millbourne Borough Council, as were his Co-Defendants, MD

2   Nurul Hasan, and MD Munsur Ali, who is also known as Mithu.

3          Mr. Hasan entered the majority party's primary

4   election for Mayor and was defeated by a vote count of

5   approximately 138 to 120. Afterward, Mr. Hasan decided to run

6   as a write-in candidate for Mayor in the general election,

7   and Mr. Ali and Mr. Islam agreed to support Mr. Hasan's

8   write-in candidacy.

9          In Pennsylvania, registering to vote permitted a

10  registrant to vote in all upcoming elections for both federal

11  as well as non-federal candidates for as long as the

12  registration was valid.

13         The Office of Pennsylvania's Secretary of State

14  oversaw elections in the Commonwealth, and operi- - operated

15  a statewide database of all registered voters. The Secretary

16  of State Office's - Secretary of State's Office also operated

17  an online voter registration website which was accessible to

18  the public. Any person who accessed this website could either

19  submit a new voter registration application, or edit an

20  existing voter's registration information, as long as the

21  person knew certain personal identification information about

22  the voter. A person who provided such information about a

23  voter on this website could change the voter's name, address,

24  and/or party affiliation, and/or request a mail-in ballot or

25  absentee ballot.

1          The Millbourne primary elections were held on May

2     18, 2021. At the time, there were approximately 549

3     registered voters in Millbourne. By the time the general

4     election was held on November 2nd, 2021, there were

5     approximately 578 registered voters in Millbourne. Most of

6     the additional registered voters were people who did not live

7     in Millbourne and had previously been registered to vote in

8     locations other than Millbourne, but whose voter

9     registrations had been changed to Millbourne addresses by Mr.

10    Hasan through the website I had just mentioned.  Among the

11    non-Millbourne residents whose voter registration addresses

12    were changed to locations in Millbourne in October 2021 are

13    the 16 individuals who are identified in the indictment as

14    Person A through Person P.

15          From at least May 2021 until February 2025, the

16    Defendant, Mr. Islam, conspired with Mr. Hasan, Mr. Ali, and

17    other persons, to knowingly and willfully give false

18    information as to the name and address of voters to establish

19    their eligibility to register and vote in elections for

20    Millbourne, including elections for federal office, and

21    commit voter registration fraud by the procurement and

22    submission of voter registration applications that were known

23    by the Defendants to be materially false, fictitious, and

24    fraudulent under the laws of Pennsylvania.

25          As part of that conspiracy, the Defendants agreed

1   to attempt to steal the 2021 Mayoral election for - for

2   Millbourne by obtaining personal identification information

3   of non-Millbourne residents, such as their names, addresses,

4   dates of birth, and driver's license numbers; using that

5   personal identification information to access this website

6   and change the voter registration addresses for those non-

7   Millbourne residents to locations within Millbourne; using

8   the website to request that mail-in or absentee ballots for

9   those non-Millbourne residents be sent to addresses

10  accessible by one or more of the Defendants; retrieving the

11  ballots from the Millbourne mailbox- - -boxes; impersonating

12  the voters and fraudulently casting write-in votes for Mr.

13  Hasan to be Mayor; enclosing the fraudulently completed

14  ballots in envelopes and forging the voters' signatures on

15  the envelopes; and submitting the ballots in their envelopes

16  to the Delaware County Board of Elections.

17          Mr. Hasan personally did almost all of the

18  fraudulent voter registrations himself using the computer at

19  his place of business to access the website and change the

20  voting addresses for non-Millbourne residents to locations

21  within Millbourne, and every time he accessed this website to

22  change a voter registration address, he provided an email

23  address for the voter.

24          Many times, Mr. Hasan provided one of four email

25  addresses that he used or - or accessed, but to divert

1    suspicion from himself, Mr. Hasan sometimes provided email

2    addresses belonging to other people, who knowingly and

3    willfully permitted Mr. Hasan to use their email addresses to

4    cover up Mr. Hasan's actions, and one of those people was the

5    Defendant, Mr. Rafikul Islam.

6         More specifically, Defendant Islam allowed Mr.

7    Hasan to use two of e- - two of Mr. Islam's email addresses

8    when Mr. Hasan fraud- - fraudulently changed the voter

9    registration addresses for six individuals. I'm sorry for -

10   it says six. It's actually three individuals, including the

11   individuals - I'm sorry. It is six individuals, including the

12   individuals identified as Persons H, I, and L, in the

13   indictment. And Mr. Islam also permitted Mr. Hasan to use two

14   of Mr. Islam's email addresses when requesting mail-in

15   ballots for five non-Millbourne residents.

16        In total, Mr. Islam and his co-conspirators falsely

17   registered nearly three dozen non-Millbourne residents as

18   Millbourne voters and cast ballots for those non-Millbourne

19   residents in the 2021 general election for the Mayor of

20   Millbourne. Their efforts to steal the election were

21   ultimately unsuccessful, as Mr. Has- - Hasan still lost the

22   general election by a vote of approximately 165 to 138.

23        In furtherance of their conspiracy and to

24   accomplish its act, Mr. Islam and his co-conspirators

25   committed each of the overt acts that are identified in the

1    indictment as overt acts 1 through 16 in Count 1.

2              As alleged in Counts 9, 10, and 13, Mr. Islam

3    knowingly and willfully gave, and caused Mr. Hasan to give

4    false information as to a voter's name and address in the

5    voting district for the purpose of establishing one's

6    eligibility to register and to vote in primary and general

7    elections held in part for the purpose of electing a

8    candidate for federal office, by accessing that Pennsylvania

9    online voter registration website and changing the voting

10   addresses for these people on these dates: as alleged in

11   Count 9, on October 15, 2021, for Person H, that individual

12   identified in the indictment; on October 15th, 2021, as

13   alleged in Count 10 for Person I; and on October 16, 2021, as

14   alleged in Count 13 for Person L.

15             As alleged in Counts 25, 26, and 29, Mr. Islam

16   knowingly and willfully deprived, defrauded, and attempted to

17   deprive and defraud the residents of the Commonwealth of

18   Pennsylvania of a fair and impartially conducted election

19   process by the procurement and submission of voter

20   registration applications that were known by Mr. Islam and

21   Mr. Hasan to be materially false, fictitious and fraudulent

22   under the Pennsyl- - laws - laws of Pennsylvania by accessing

23   this website and changing the voting addresses for the

24   following persons on or about the dates that I'm about to

25   list: as alleged in Count 25, on October 15, 2021, for Person

1    H; as alleged in Count 26, on October 15, 2021, for Person I;

2    and alleged in Count 29, on October 16, 2021, for Person L.

3          All of this conduct that I have been describing

4    occurred in the Eastern District of Pennsylvania and

5    elsewhere.

6          Thank you, Your Honor.

7          THE COURT: Mr. - Mr. Islam, do you agree that the

8    Government has accurately summarized the facts in this case?

9          MR. ISLAM: Yes.

10         THE COURT: Mr. Dubnoff, will you please set forth

11   the maximum penalties to which Mr. Islam is subject,

12   including any mandatory minimum.

13         MR. DUBNOFF: Yes, Your Honor.

14         There are no mandatory minimums in this case, but

15   the maximum penalties are as follows.

16         For Count 1, the charge of conspiracy in violation

17   of Title 18, United States Code, Section 371, the maximum

18   penalty is five years imprisonment, a fine of $250,000, three

19   years of supervised release, and a $100 special assessment.

20         For Counts 9, 10, and 13, which allege giving false

21   information in registering to vote, under Title 52, United

22   States Code, Section 10307(c), the maximum penalty is five

23   years imprisonment.

24         Four Count 3, a period of supervised release, a

25   $10,000 fine, and a $100 special assessment.

```
1               THE COURT: That's for each of those counts.

2               MR. DUBNOFF: That's for each of those counts -

3               THE COURT: Thank you.

4               MR. DUBNOFF: - Your Honor.

5          And for Counts 25, 26, and 29, which allege voter

6     registration fraud and aiding and abetting voter registration

7     fraud, the maximum possibly penalty is five years

8     imprisonment per count, three years of supervised release, a

9     $250,00 fine per count, and a $100 special assessment per

10    count.

11         Which means that the total maximum sentence for all

12    seven charges is 35 years imprisonment, a fine of $1,030,000,

13    three years of supervised release, and a $700 special

14    assessment.

15         With regard to supervised release, if he violates

16    the terms of his supervised release, supervised release may

17    be revoked and the Court can order - impose a new im- - term

18    of imprisonment of up to two years each on all of the Counts

19    1, 9, 10, 13, 25, 26, and 29. Which means that if he violates

20    the terms of his supervised release, it could increase his

21    time in prison.

22              THE COURT: Mr. Islam, do you understand that the

23    maximum penalties in this case as set forth by the Assistant

24    United States Attorney?

25              MR. ISLAM: Yes.
```

1          THE COURT: Do you understand, Mr. Islam, that if

2     you plead guilty and are sentenced, you may be deprived of

3     certain valuable rights, such as your right to vote, to hold

4     public office, to serve on a jury, to serve in the armed

5     forces, to possess a firearm, or to hold a professional

6     license?

7          (DEFENSE COUNSEL CONFERS WITH CLIENT)

8          MR. ISLAM: Yes. Yes.

9          THE COURT: Do you understand the Court will not be

10    able to determine how the advisory sentencing guidelines and

11    other applicable law will be applied in your case until after

12    a Presentence Report has been prepared, and that both you and

13    the Government have an opportunity to challenge any facts or

14    other matters set forth in that report?

15         MR. ISLAM: Yes.

16         THE COURT: Do you understand the Court could, in

17    appropriate circumstances, impose a sentence which is more

18    severe or less severe than the sentence that anyone

19    recommends?

20         MR. ISLAM: Yes.

21         THE COURT: Do you understand that if you are sent

22    to prison, as Mr. Dubnoff mentioned, a term of supervised

23    release will be imposed, and that if you should violate the

24    terms of your supervised release, you may be returned to

25    prison.

1          MR. ISLAM: Yes.

2          THE COURT: Do you understand that on the basis of a

3   guilty plea it is always possible that you could receive a

4   sentence up to the maximum permitted by law? I'm not saying

5   that's going to happen necessarily, but you understand that's

6   a possibility?

7          MR. ISLAM: Yes.

8          THE COURT: Do you understand that you will not be

9   entitled to withdraw any guilty plea if I should impose a

10  more severe sentence than you expect, or than anyone else

11  recommends?

12         MR. ISLAM: Yes.

13         THE COURT: Have you discussed with your attorney

14  the charges against you, your right to contest them, and the

15  maximum possible penalty?

16         MR. ISLAM: Yes.

17         THE COURT: Having heard from me what your rights

18  are if you plead not guilty, and what may occur if you plead

19  guilty, do you still wish to give up your right to a trial

20  and plead guilty?

21         MR. ISLAM: Yes.

22         THE COURT: Has anyone threatened you, coerced you,

23  or forced you in any way to plead guilty?

24         MR. ISLAM: No.

25         THE COURT: Has any Plea Agreement been entered

1  into, or any promises made, other than what has already been

2  stated on the record here?

3          MR. ISLAM: Yes.

4          MR. KELLER: Has anyone - is there any other

5  promises, other than what's been (INDISCERNIBLE 10:16:06).

6          MR. ISLAM: Oh, no, no, no, no. No, no.

7          THE COURT: Let me repeat that.

8          Has any Guilty Plea Agreement been entered into, or

9  promises made, other than what has already been stated on the

10 record here?

11         MR. ISLAM: No. No.

12         THE COURT: Has anyone told you or promised you what

13 sentence this Court will impose?

14         MR. ISLAM: No.

15         THE COURT: Has the decision to change your plea to

16 guilty been made of your own free will?

17         MR. ISLAM: Yes.

18         THE COURT: Does either the Attorney for the

19 Government or the Attorney for the Defendant have any doubts

20 as to the Defendant's competence to enter a plea today?

21         MR. DUBNOFF: No, Your Honor.

22         MR. KELLER: No, Your Honor.

23         THE COURT: Are Counsel satisfied that the

24 willingness to plead guilty is voluntary?

25         MR. DUBNOFF: Yes, Your Honor.

1          MR. KELLER: Yes, Your Honor.

2          THE COURT: Are Counsel satisfied that a guilty plea

3     is not based on any Plea Agreement or promises, except as

4     disclosed on this record?

5          MR. DUBNOFF: Yes, Your Honor.

6          MR. KELLER: Yes, Your Honor.

7          THE COURT: Are Counsel satisfied that any guilty

8     plea is being made with the full understanding by the

9     Defendant of the nature of the charges, of the maximum

10    possibly penalty provided by law, and of the Defendant's

11    legal rights to contest the charges?

12         MR. DUBNOFF: Yes, Your Honor.

13         MR. KELLER: Yes, Your Honor.

14         THE COURT: Are Counsel satisfied that there is a

15    factual basis for the plea?

16         MR. DUBNOFF: Yes, Your Honor.

17         MR. KELLER: Yes, Your Honor.

18         THE COURT: Ms. Spicer, will you please take the

19    plea.

20         THE CLERK: Please stand.

21         MD Rafikul Islam, you have previously pled not

22    guilty in Criminal Indictment Number 25-57 charging you with

23    one count of conspiracy in violation of 18, United States

24    Code, Section 371; three counts of false information

25    registering in violation of 52, USC, Section 10307(c); and

1    aiding and abetting in violation of 18, United States Code,

2    Section 2; three counts of fraudulent voter registration in

3    violation of 52, United States Code, Section tw- -

4    20511(2)(A); and aiding and abetting in violation of 18,

5    United States Code, Section 2.

6            As to Counts 1, 9, 10, 13, 25, 26, and 29 of the

7    indictment how do you plead now, guilty, or not guilty?

8            MR. ISLAM: Guilty.

9            THE CLERK: Thank you.

10           MR. ISLAM: You're welcome.

11           THE COURT: You may be seated.

12           MR. ISLAM: Thank you.

13           THE COURT: Mr. Islam, are you pleading guilty here

14   today because you are in fact guilty as charged?

15           MR. ISLAM: Yes.

16           THE COURT: I find that the Defendant, MD Rafikul

17   Islam is competent to plead, that his plea of guilty is

18   knowing and voluntary and not the result of force or threats

19   or any promises, apart from the Plea Agreement disclosed on

20   this record.

21           I further find that there is a factual basis for

22   his plea of guilty, that the Defendant understands the

23   charges, his legal rights, and the maximum possible penalty,

24   and that the Defendant understands he is waiving, that is

25   giving up, his right to a trial.

1           The Court accepts the guilty plea.

2           I will order a Presentence Investigation Report.

3           And I will set sentencing in this matter for June

4    18th, 2025, at 9:30 a.m.

5           I assume, Mr. Dubnoff, the Government has no

6    objection to Mr. Islam remaining free pending sentencing?

7           MR. DUBNOFF: Correct, Your Honor.

8           THE COURT: Anything further at this time?

9           MR. KELLER: No, Your Honor. Thank you.

10          THE COURT: Thank you very much.

11          (Proceedings concluded at 10:19 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **CERTIFICATION OF TRANSCRIPTION**

2

3    I certify that the foregoing is a correct transcript from the

4    electronic sound recording of the proceedings in the above-

5    entitled matter.

6

7     Signature of Approved Transcriber:

8

9     Typed or Printed Name:       Delanie Shepherd

10    Date:                        August 13, 2025

11

12