# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2232

USA v. Rafikul Islam

(U.S. District Court No.: 2:25-cr-00057-003)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 01, 2025
AMR/cc: Mark B. Dubnoff, Esq.
Robert C. Keller, Esq.
Mr. George V. Wylesol,
Robert A. Zauzmer, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate