IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MD NURUL HASAN | : | No. 25-57-1 |

<u>ORDER</u>

AND NOW, this 6th day of October 2025, it is hereby ORDERED that the Government respond on or before October 27, 2025 to the pro se motion of the defendant for a sentencing reduction pursuant to the new amendment 821, 18 U.S.C. 3582(c)(2) (Doc. #87).

BY THE COURT:

/s/   Harvey Bartle III
                              J.