```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
           v.                   :
                                :
MD NURUL HASAN                  :       No. 25-57-1
```

ORDER

AND NOW, this 14th day of October 2025, it is hereby ORDERED that the pro se motion of the defendant MD Nural Hasan for a sentencing reduction pursuant to the new amendment 821, 18 U.S.C. 3582(c)(2), and appoint counsel pursuant to the CJA 3006A Act (Doc. #87) is DENIED as without merit.  See Rule 37(a)(2) of the Federal Rules of Criminal Procedure.

```
                                BY THE COURT:


                                /s/  Harvey Bartle III
                                                         J.
```